UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **AUBREY LYNN SHEPARD,** | : | VIOLATIONS: 18 U.S.C. §2252(a)(1) |
| **Defendant.** | : | (Transportation of Visual Depictions of |
| | : | Minors Engaging in Sexually Explicit Conduct); |
| | : | 18 U.S.C. § 2422(b) |
| | : | (Attempted Coercion and Enticement of a |
| | : | Minor); |
| | : | 18 U.S.C. § 2251(a)(e) |
| | : | (Attempted Sexual Exploitation of a Minor) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

Between on or about February 28, 2007 and on or about March 26, 2007, the defendant, **AUBREY LYNN SHEPARD**, did unlawfully and knowingly, transport in interstate commerce, by any means including by computer, to the District of Columbia, visual depictions, the production of which visual depictions involved the use of minors under 18 years of age engaging in sexually explicit conduct and the visual depictions are of such conduct.

(**Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct**, in violation of Title 18, United States Code, Sections 2252(a)(1))

## COUNT TWO

Between on or about February 28, 2007 and on or about March 26, 2007, the defendant, **AUBREY LYNN SHEPARD**, within the District of Columbia and elsewhere, using a facility of interstate commerce, that is a computer and modem, connected to the Internet, did knowingly attempt to persuade, induce, entice and coerce a minor under 18 years of age known to the defendant as "Kia", to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008.

(**Attempted Coercion and Enticement of a Minor**, in violation of 18 United States Code, Section 2422(b))

## COUNT THREE

Between on or about February 28, 2007 and March 26, 2007, the defendant, **AUBREY LYNN SHEPARD**, within the District of Columbia and elsewhere, attempted to persuade, induce, entice and coerce a minor under 18 years of age known to the defendant as "Kia" to engage in sexually explicit conduct as defined in Title 18 United States Code, Section 2256(2)(A), for the purpose of producing any visual depiction of such conduct and such visual depiction was to be produced using materials that were to be transported in interstate commerce by any means, and the defendant knew and had reason to know that such visual depiction would be transported in intestate commerce.

(**Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Section 2215(a)(e))

## COUNT FOUR

Between on or about February 28, 2007 and on or about March 26, 2007, the defendant, **AUBREY LYNN SHEPARD**, within the District of Columbia and elsewhere, using a facility of interstate commerce, that is a computer and modem, connected to the Internet, did knowingly attempt to persuade, induce, entice and coerce a minor under 18 years of age known to the defendant as "Amanda", to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008.

(**Attempted Coercion and Enticement of a Minor**, in violation of 18 United States Code, Section 2422(b))

## COUNT FIVE

Between on or about February 28, 2007 and March 26, 2007, the defendant, **AUBREY LYNN SHEPARD**, within the District of Columbia and elsewhere, attempted to persuade, induce, entice and coerce a minor under 18 years of age known to the defendant as "Amanda" to engage in sexually explicit conduct as defined in Title 18 United States Code, Section 2256(2)(A), for the purpose of producing any visual depiction of such conduct and such visual depiction was to be produced using materials that were to be transported in interstate commerce by any means, and the defendant knew and had reason to know that such visual depiction would be transported in intestate commerce.

(**Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Section 2251(a)(e))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia