# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>**SEALED**<br>V.<br><br>AUBREY LYNN SHEPARD | DOCKET NO: 07-085 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Aubrey Lynn Shepard | **FILED**<br>APR 0 4 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:            PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:  INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

TRANSPORTATION OF VISUAL DEPICTIONS OR MINORS ENGAGING IN SEXUALLY EXPLICIT CONDUCT;

ATTEMPTED COERCION AND ENTICEMENT OF A MINOR;

ATTEMPTED SEXUAL EXPLOITATION OF A MINOR

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18:2252(a)(1); 18:2422(b); and 18:2251(a)(e)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>3/29/07 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE:<br>3/29/07 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 4/4/07<br>DATE EXECUTED 4/4/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Stephen Keene<br>USM | SIGNATURE OF ARRESTING OFFICER<br>S. Owens |
|---|---|---|
| HIDTA CASE: Yes   No X | | OCDETF CASE: Yes   No X |