**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA       :
                               :
              v.               :       Criminal Action No.:  07-0085 (RMU)
                               :
AUBREY LYNN SHEPARD,           :
                               :
         Defendant.            :

**FILED**

APR 1 9 2007

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 19th day of April 2007,

**ORDERED** that the status hearing in the above-captioned case scheduled for April 19,

2007 is hereby **VACATED** and **RESCHEDULED** for Monday, April 23, 2007 at 11:45 am.

**SO ORDERED**.

_____
             Ricardo M. Urbina
          United States District Judge