IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                     ) | Cr. No. 07-085 (RMU) |
| ) | |
| AUBREY SHEPARD,          ) | |
| ) | |
| Defendant.      ) | |
|                         ) | |

## NOTICE OF FILING

Defendant, Aubrey Shepard, through counsel, respectfully submits the attached Order recommending that defendant be transferred to the Central Treatment Facility.. The attached Order was discussed in open Court on April 23, 2007 and was not opposed by the government.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____/s/_____
        Jonathan S. Jeffress
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 07-085 (RMU) |
| ) | |
| **AUBREY SHEPARD,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon the unopposed motion of Defendant Aubrey Shepard, and for good cause shown, it is hereby **RECOMMENDED** that:

Defendant Shepard [PDID: 597671] be transferred from the D.C. Jail to the Central Treatment Facility ("CTF") forthwith.

**SO ORDERED** this _____ day of _____, 2007.

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Jeffress, AFPD
Donnell Turner, AUSA
United States Marshal for
The District of Columbia