UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
            v.                :     Criminal Action No.: 07-085 (RMU)
                              :
Aubrey Lynn Shepard           :
                              :
            Defendant.        :     **FILED**
                              :
          **ORDER**                 APR 2 3 2007

It is this 23 day of April 2007,           NANCY MAYER WHITTINGTON, CLERK
                                                   U.S. DISTRICT COURT

ORDERED that a status hearing in the above-captioned case shall take place on May 1, 2007 at 9:45.

**SO ORDERED**.


                                    _____
                                              Ricardo M. Urbina
                                          United States District Judge