## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                               )
       **vs.**                  )      **Cr. No. 07-085 (RMU)**
                               )
**AUBREY SHEPARD,**         )
                               )
          **Defendant.**      )

**FILED**

APR **2 3** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon the unopposed motion of Defendant Aubrey Shepard, and for good cause shown, it is hereby **RECOMMENDED** that:

Defendant Shepard [PDID: 597671] be transferred from the D.C. Jail to the Central Treatment Facility ("CTF") forthwith.

**SO ORDERED** this _23rd_ day of _April_, 2007.

_Ricardo M. Urbina_
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Jeffress, AFPD
Donnell Turner, AUSA
United States Marshal for
The District of Columbia