UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 07-0085 (RMU) |
| AUBREY LYNN SHEPARD, | : |
| Defendant. | : |

**ORDER**

**FILED**
MAY 1 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 1st day of MAY 2007,

ORDERED that a plea/status hearing in the above-captioned case shall take place on May 10th 2007 at 10:30.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge