IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| )  | |
| vs.    ) | Cr. No. 07-085 (RMU) |
| ) | |
| AUBREY SHEPARD,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PLEA HEARING**

Defendant, Aubrey Shepard, through counsel, respectfully submits this unopposed motion to continue the plea hearing. The parties are continuing to work on a resolution of this matter, but have not finalized the plea agreement and factual proffer at this juncture. The defense is therefore respectfully requesting, and the government does not oppose, an additional week in which to negotiate a resolution of this matter. Counsel understand from Chambers that the Court is available on **Thursday, May 17, 2007 at 9:45 am.** The parties respectfully request that this matter be set down for a Rule 11 hearing at that time. The parties will submit the plea papers to Chambers at least two days in advance of the plea hearing.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-085 (RMU) |
| | ) | |
| AUBREY SHEPARD, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon the unopposed motion of Defendant Aubrey Shepard, and for good cause shown, it is hereby

**ORDERED** that the plea hearing in this matter is continued from May 10, 2007 until May 17, 2007 at 9:45 am.

**SO ORDERED.**

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Jeffress, AFPD
Donnell Turner, AUSA