IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Cr. No. 07-085 (RMU) |
| | ) |
| AUBREY SHEPARD, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

FILED

MAY 9 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon the unopposed motion of Defendant Aubrey Shepard, and for good cause shown, it is hereby

**ORDERED** that the plea hearing in this matter is continued from May 10, 2007 until May 17, 2007 at 9:45 am.

**SO ORDERED.**

_____  5/9/07
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Jeffress, AFPD
Donnell Turner, AUSA