CO-526
(12/86)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAY 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No.07-0085(RMU) |
| AUBREY LYNN SHEPARD | ) |

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____
Ricardo M. Urbina
United States District Court Judge