IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 07-085 (RMU) |
| ) | |
| AUBREY SHEPARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT AUBREY SHEPARD'S UNOPPOSED MOTION FOR
RECOMMENDATION REGARDING DEFENDANT'S SHOES AND BIBLE**

Defendant, Aubrey Shepard, through counsel, respectfully submits this Proposed Order recommending that the authorities at the Central Treatment Facility permit his counsel to bring him two items: (1) a pair of tennis shoes; and (2) a Bible. Defense counsel made an oral motion for the attached Proposed Order at the plea hearing on May 17, 2007. The Court granted the motion, which was unopposed by the government.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 07-085 (RMU) |
| ) | |
| **AUBREY SHEPARD,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon the unopposed motion of Defendant Aubrey Shepard, and for good cause shown, it is hereby

**RECOMMENDED** that counsel for Mr. Shepard be allowed to bring him the following two items:

(1) a pair of tennis shoes; and

(2) a Bible.

**SO ORDERED.**

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Jeffress, AFPD
Donnell Turner, AUSA