IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-085 (RMU) |
| | ) | |
| AUBREY SHEPARD, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**

MAY 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon the unopposed motion of Defendant Aubrey Shepard, and for good cause shown, it is hereby

**RECOMMENDED** that counsel for Mr. Shepard be allowed to bring him the following two items:

(1) a pair of tennis shoes; and

(2) a Bible.

**SO ORDERED.**

_____  5/23/07
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Jeffress, AFPD
Donnell Turner, AUSA