IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 07-085 (RMU) |
| ) | |
| AUBREY SHEPARD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S UNOPPOSED MOTION TO
AMEND SENTENCING SCHEDULING ORDER**

Defendant, Aubrey Shepard, through counsel, respectfully submits this unopposed motion to amend the sentencing scheduling order in this case.

In support of this Motion, undersigned counsel respectfully submits as follows:

1. On May 17, 2007, the Court entered a Sentencing Scheduling Order scheduling the sentencing in this matter for September 10, 2007 at 11:00 a.m.

2. On July 3, 2007, the Probation Office disclosed the initial version of the Presentence Investigation Report ("PSR"). The due date for objections was July 17, 2007.

3. The draft PSR contains significant additional factual allegations against Mr. Shepard which go well beyond those contained in the factual proffer agreed to by the government and the defense. These factual allegations are based on interviews conducted by the probation officer with individuals located in Arkansas. Several of the allegations appear to be based on one or more levels of hearsay. As a result of these additional allegations included in the PSR, it is necessary for defense counsel to undertake significant additional investigation of his own in order to verify or refute these allegations.

4. Defense counsel is accordingly requesting three additional weeks in which to

respond to the PSR.  This amount of time is necessary because, inter alia, defense counsel will be in trial before the Honorable Reggie B. Walton for the week of July 30, 2007.  Defense counsel is therefore respectfully requesting that the due date for objections to the PSR be continued until August 7, 2007.

     5.     Neither the government (through AUSA Patricia Stewart) nor probation oppose the relief requested in this Motion.  The parties respectfully defer to the Court concerning whether to reschedule the September 10, 2007 sentencing date.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.   )<br>)<br>AUBREY SHEPARD,   )<br>)<br>Defendant.   )<br>_____ ) | Cr. No. 07-085 (RMU) |

**ORDER**

Upon the unopposed motion of Defendant Aubrey Shepard to amend sentencing scheduling order, and for good cause shown, it is hereby

**ORDERED** that defendant's objections to the Presentence Investigation Report are now due _____, 2007; and it is further

**ORDERED** that the sentencing in this matter is rescheduled for _____, 2007, at _____ am/pm.

**SO ORDERED.**

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE