FILED
JUL 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 07-0085 (RMU) |
| | : | |
| AUBREY LYNN SHEPARD, | : | |
| | : | |
| Defendant. | : | |

<u>**O R D E R**</u>

It is this 23rd day of July, 2007,

**ORDERED** that counsel submit objections (if any) to the probation officer on or before TUESDAY, August 7, 2007; and it is

**FURTHER ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report within 8 business days[1] of the submission of objections; and it is

**ORDERED** that any party wishing to submit a memorandum in aid of sentencing must do so no later than 8 business days after the probation officer discloses the final pre-sentence investigation report, with responses (if any) due 4 business days thereafter. These memoranda and any responses thereto must cite to supporting legal authority; and it is

**FURTHER ORDERED** that the sentencing in the above-captioned case scheduled for MONDAY, September 10, 2007 at 11:00 am is hereby **VACATED** and **RESCHEDULED** for MONDAY, September 17, 2007 at 2:15 pm.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] A "business day" is any day that is not a Saturday, Sunday, or "legal holiday" as defined by Federal Rule of Criminal Procedure 45(a).