UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-085 (RMU) |
| | : | |
| v. | : | |
| | : | |
| AUBREY LYNN SHEPARD | : | |
| | : | |
| Defendant | | |

## NOTICE OF FILING

The United States Attorney informs the Court that filed herewith is a Notice to withdraw and terminate document number 21 and United States Attorney Julieanne Himelstein's name from the above case that was submitted in error on June 8, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____

Julieanne Himelstein
Assistant United States Attorney
555 4th Street, N.W.  #4832
Washington, DC 20001
(202) 514-8203