**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **Criminal Case No. 07-085(RMU)** |
| **AUBREY SHEPARD,** | : | |
| Defendant. | : | |

### MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE REPLY TO DEFENDANT'S SENTENCING MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court pursuant to Rule 45(b)(1)(A) of the Federal Rules of Criminal Procedure to enlarge the time for filing the government's reply to the defendant's sentencing memorandum until and including September 13, 2007. As grounds for its motion, the government states the following:

1. Sentencing in this case is scheduled for September 17, 2007. By its May 17, 2007 Order, the Court directed that the parties' sentencing memoranda be filed within eight business days of the issuance of the final Presentence Investigation Report and that replies to the memoranda be filed within four business days thereafter.

2. The Presentence Investigation Report was issued on August 13, 2007. The government's Memorandum in Aid of Sentencing has been filed. Defense counsel is requesting an enlargement of time from August 24, 2007 until and through August 27, 2007 in which to file defendant's memorandum. The government does not object to the defendant's request for an enlargement of time in which to file.

3. Government counsel will be on leave from August 27, until September 10, 2007 and will not be able to review the defendant's memorandum until her return from leave. Accordingly, we are requesting at this time an enlargement of time in which to file a reply to the memorandum in order to have the opportunity to do so if we determine after review of the defendant's memorandum that we wish to file a reply.  Defense counsel does not oppose the government's request.

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government requests that the Court grant an enlargement of time for filing as requested herein.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              United States Attorney

BY:         /s/
                     PATRICIA STEWART
                     Assistant United States Attorney
                     D.C. Bar Number 358910
                     555 4th Street, N.W. Room 4247
                     Washington, D.C. 20530
                     (202)514-7064
                     Patricia.Stewart@usdoj.gov

2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Case No. 07-085(RMU) |
| AUBREY SHEPARD, | : | |
| Defendant. | : | |

### ORDER

UPON CONSIDERATION of the government's unopposed motion for an enlargement of time in which to file a reply to the defendant's sentencing memorandum and the record herein, for the reasons set forth in the government's motion and for good cause shown, it is this _____ day of August 2007,

ORDERED that the government's motion is granted and it is

FURTHER ORDERED that the time during which the government may file a reply to the defendant's sentencing memorandum is extended through September 13, 2007, and that any such reply filed by the government during this period shall be deemed timely filed.

_____
RICARDO M. URBINA
United States District Judge