IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 07-085 (RMU) |
| ) | |
| AUBREY SHEPARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR A BRIEF ENLARGEMENT
OF TIME TO FILE MEMORANDUM IN AID OF SENTENCING**

Defendant, Aubrey Shepard, through counsel, respectfully submits this unopposed motion for a brief enlargement of time for filing his memorandum in aid of sentencing.

In support of this Motion, undersigned counsel respectfully submits as follows:

1. Sentencing in this matter is scheduled for September 17, 2007. Defendant's memorandum in aid of sentencing (which includes his objections to the PSR) are due to the Court today, August 23, 2007.

2. Due to other obligations, including a complex fraud trial scheduled to begin in September, defense counsel has been unable to complete the memorandum as of this date. Defense counsel anticipates having the memorandum complete on Monday, August 27, 2007.

3. Defense counsel is accordingly requesting through August 27, 2007, to submit defendant's memorandum in aid of sentencing to the Court.

4. The government, through AUSA Pat Stewart, does not oppose this motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Cr. No. 07-085 (RMU) |
| ) | |
| AUBREY SHEPARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Upon the unopposed motion of Defendant Aubrey Shepard for an enlargement of time to file his memorandum in aid of sentencing, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that defendant's memorandum is now due August 27, 2007.

**SO ORDERED.**

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE