IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                       ) | Cr. No. 07-085 (RMU) |
| ) | |
| AUBREY SHEPARD,           ) | |
| ) | |
| Defendant.         ) | |

### ORDER

Upon the unopposed motion of Defendant Aubrey Shepard for an enlargement of time to file his memorandum in aid of sentencing, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that defendant's memorandum is now due August 27, 2007.

**SO ORDERED.**

8/23/07

THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE