UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Case No. 07-085(RMU) |
| AUBREY SHEPARD, | : |
| Defendant. | : |

**FILED**

AUG 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

UPON CONSIDERATION of the government's unopposed motion for an enlargement of time in which to file a reply to the defendant's sentencing memorandum and the record herein, for the reasons set forth in the government's motion and for good cause shown, it is this 23rd day of August 2007,

ORDERED that the government's motion is granted and it is

FURTHER ORDERED that the time during which the government may file a reply to the defendant's sentencing memorandum is extended through September 13, 2007, and that any such reply filed by the government during this period shall be deemed timely filed.

_____
RICARDO M. URBINA
United States District Judge