## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-085 (RMU) |
| | ) | |
| AUBREY LYNN SHEPARD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

## DEFENDANT AUBREY LYNN SHEPARD'S OBJECTIONS TO
## PRESENTENCE REPORT AND MEMORANDUM IN AID OF SENTENCING

Mr. Aubrey Lynn Shepard, by his attorney, pursuant to Rule 32, Federal Rules of

Criminal Procedure, hereby respectfully submits his Objections to the Presentence Report

("PSR") and Memorandum In Aid of Sentencing.  Based on all of the sentencing factors in this

case, including most notably:  (1) the "history and characteristics of the defendant," including

Mr. Shepard's age (64 years old) and the fact that Mr. Shepard has no prior criminal convictions;

and (2) a consideration of the properly calculated Guidelines range, the defense respectfully

submits that the appropriate sentence in this case is no greater than 120 months incarceration.  As

common sense dictates, any sentence far beyond 120 months will likely be an effective life

sentence for Mr. Shepard – a sentence that is not warranted in this case.

## BACKGROUND

A.     **Aubrey Lynn Shepard.**

1.     **Background.**

Mr. Shepard is a 64 year old man with no prior criminal convictions, or even arrests.  He

has worked for most of his life as a truck driver for Sysco Foodservices in Little Rock, Arkansas.

See PSR ¶ 66.  As noted in the PSR, Mr. Shepard was married in 1964 and divorced in 1979, and

had three children.  Id., ¶ 54.  Mr. Shepard's wife and youngest son, David Shepard, were killed in a car accident in 1991.  Id.

From 1993 to the present, Mr. Shepard has been an active member of his church, the Vernon Baptist Church in Benton, Arkansas.  Prior to his arrest, Mr. Shepard attended services every Sunday and on Wednesday nights, and taught choir.  Mr. Shepard was very active in the Church and emotionally invested in it.  Mr. Shepard has asked his Pastor to explain to his fellow Church members what has happened in this case and to apologize on behalf of Mr. Shepard for his conduct.

## 2.    Offense Conduct.

The full story behind Mr. Shepard's conduct in this case begins with Mr. Shepard's own repeated sexual victimization when he was between 10 and 12 years old.[1]  Mr. Shepard reports being repeatedly raped by a group of boys in his home town of Malvern, Arkansas.  Mr. Shepard reports a feeling of helplessness from this experience.

Perhaps due to this abuse, Mr. Shepard's life has from the beginning been an extremely lonely one.  He appears to have had no real friends over all of his 64 years.  His obsession with juvenile sexuality, an affliction that has been with him for many decades, has largely ruined his life.  Mr. Shepard's inappropriate relationship with his daughter, in addition to causing her great harm, appears to have ruined his marriage and estranged him from his only living son, Bryan Shepard.

---

[1]    The defense is currently having a psychiatrist, Dr. Dwight Colley, conduct a psychiatric evaluation of Mr. Shepard that will address, inter alia, his childhood abuse.  The report will also address Mr. Shepard's amenability to treatment.  The defense anticipates that Dr. Colley will have completed a report for the Court by early September, and will file the report at that time.

At one point in time–mostly in the 1960s and early 1970s–Mr. Shepard's sickness also led him to attempt to fondle several young members of his extended family. The incidents with the extended family generally involved a question by Mr. Shepard to his relative concerning whether he could touch them. The question would be followed, on some occasions, with an inappropriate touching. When the minor said no or objected, the attempted abuse stopped at that point and was not repeated. Mr. Shepard did not at any time use physical force in these encounters. Nevertheless, Mr. Shepard now acknowledges the mental and emotional damage that his actions must have caused to his minor relatives.

From approximately 1989 until the last several years, it appears Mr. Shepard was able to abstain from inappropriate contact with minors. As reported by his relatives in their letters, Mr. Shepard grew more religious during this time, joining his church and regularly attending from 1993 to the present.

When Mr. Shepard obtained a computer several years ago, however, the dis-inhibition and anonymity of the internet unfortunately undermined whatever progress he had made. Disturbingly, there are web sites dedicated to subjects such as adult-child sex and incest, and unfortunately, Mr. Shepard found his way to them. Although Mr. Shepard was unsuccessful in translating any of his internet sex fantasies into reality, Mr. Shepard participated in disturbing chats with other sick individuals. He also participated in sexual chats with several individuals who were either minors or police officers (or others individuals) pretending to be minors.

These websites also led to Mr. Shepard to "James," or MPD Detective Palchak. As a trained law enforcement officer who specializes in internet sex crimes against juveniles, Detective Palchak knew exactly what to say to someone as lonely as Mr. Shepard and with Mr.

Shepard's obsession for child sex.  As set forth in section I.D., "James" promised to serve up Mr.

Shepard's most disturbing fantasies on a platter, and Mr. Shepard and James formed a strong

bond.  The relationship between James and Mr. Shepard culminated with Mr Shepard's arrest in

D.C. on April 3, 2007, after Mr. Shepard had traveled from Benton, Arkansas to D.C.

After his arrest, Mr. Shepard cooperated with the authorities in every way possible.  Mr.

Shepard waived his <u>Miranda</u> rights and participated in a lengthy videotaped interview with

Detective Palchak, during which Mr. Shepard answered all questions honestly and completely.

**B.    Plea Agreement.**

Mr. Shepard entered into a prompt plea in this case, thereby sparing the government

scarce resources.  Based on the plea agreement reached between Mr. Shepard and the

government, including numerous stipulated-to enhancements discussed below, the Guidelines

range in this case is **262-327 months** imprisonment.  During negotiations over the plea

agreement, Mr. Shepard agreed to stipulate to every Guidelines enhancement that the government

believed applicable.  <u>See</u> discussion, <u>infra</u>.  As a 64-year old man, the benefit that Mr. Shepard

obtained from the agreement was that it allows the defense to argue for a sentence below the

Guidelines, such that Mr. Shepard may have the opportunity to not die in prison.

**C.    The Presentence Report.**

**1.    Mr. Shepard's Criminal History.**

Mr. Shepard, a 64 year old man, has no prior criminal convictions of any kind.  <u>See</u> PSR

¶ 50.

**2.    Mr. Shepard's Offense Level.**

In the PSR, Mr. Shepard's Guidelines range is substantially increased due to the

application of numerous Chapter 2 enhancements. While several of these enhancements are noncontroversial, such as a two point enhancement because the offense involved "the use of a computer," § 2G2.2(b)(6), the PSR includes three enhancements that merit further discussion. The three enhancements are:

I). a **five point** enhancement for distributing child pornography in exchange for the receipt, or expectation of receipt, of a thing of value, but not for pecuniary gain. See U.S.S.G. § 2G2.2(b)(3)(B). This enhancement was not agreed to in the plea agreement and the defense strongly objects to its application as legally and factually unsupportable. See discussion, infra.

ii). a **four point** enhancement for "material that portrays sadistic or masochistic conduct or other depictions of violence." U.S.S.G. § 2G2.2(b)(4). At first blush, this case does not appear to implicate this enhancement, as Mr. Shepard has demonstrated no affinity for sadistic or violent images, and the material he circulated did not involve violence or sadism in the traditional sense (e.g., hitting, employing a weapon, torture). The record in this case does not reflect that Mr. Shepard enjoys the "infliction of pain," or that he takes any "delight in physical or mental cruelty." United States v. Diaz, 368 F.3d 991, 992 (8th Cir. 2004) (citing United States v. Wolk, 337 F.3d 997, 1008 (8th Cir. 2003)). Indeed, it appears quite the opposite is true. During the internet chats with Detective Palchak, Mr. Shepard expressed his disapproval of images involving violent or rough conduct.[2] See Ex. 1 (selected pages from internet chat

---

[2] Though the factual proffer discussed one image where a child is "heard crying hysterically" while having a sex act perpetrated on her, the fact of the matter is that Mr. Shepard never heard the audio from the clip because the sound from his computer did not work. See Chat p. 7 (Det. Palchak: "i love the sound movies" Mr. Shepard: "most of mine the sound is no good").

between Detective Palchak and Mr. Shepard ("Chat")), p. 5 (when viewing image of young girl with abusive father, Mr. Shepard writes "dad is too ruff with her," and "yea I don't like [t]his part[,] no need to treat them like th[a]t").

This enhancement comes into play, however, because courts have held that certain pornographic images involving children that do not involve violence in the traditional sense are per se violent and sadistic under § 2G2.2(b)(4).  See Gov. Mem., ¶ 9 (citing cases).  Because certain of the hundreds of images circulated by Mr. Shepard to Detective Palchak meet this test, Mr. Shepard stipulated to this enhancement in the plea agreement.

   iii). a **five point** enhancement "if the defendant engaged in a pattern of activity involving the sexual abuse or exploitation of a minor."  U.S.S.G. § 2G2.2(b)(5).  The "pattern of abuse" here is based on two occurrences.  First, there is the conduct involving Mr. Shepard's daughter, which happened approximately 30 years ago.  Second, there is an incident involving a purported 12-year-old from South Dakota whom Mr. Shepard met on the internet in early 2007.  Mr. Shepard took an aborted trip to South Dakota to meet her.  Mr. Shepard became scared on the trip, however, and turned around.  His communications with the supposed girl, which never went beyond the internet, were not resumed.  Nevertheless, because Mr. Shepard crossed state lines with the requisite intent during this episode, the defense stipulated to this enhancement, as well.

**D.** **The Relationship Between Mr. Shepard and Detective Palchak.**

The relationship between Mr. Shepard and "James," or Detective Palchak, merits further discussion because it is the basis (or lack of a basis) for the only contested sentencing enhancement, which is the five point enhancement for child pornographic material that was

"distributed for the receipt, or expectation of receipt, of a thing of value, but not for pecuniary gain." U.S.S.G. § 2G2.2(b)(3)(B).

Perhaps because of Mr. Shepard's inability to cope socially, he was an easy target for the MPD sting operation that resulted in his arrest. Almost immediately after Mr. Shepard and Detective Palchak's first contact over the internet, Detective Palchak spun the fiction about a purported 10 year old named "Kia" who he was supposedly having sex with. See Chat, p. 1. Mr. Shepard asked "U think I could get on it" and Detective Palchak confirmed without hesitation that he could. Id.[3] This all happened prior to any discussion or exchange involving child pornography. Thus, Mr. Shepard and Detective Palchak had reached their agreement for Mr. Shepard to come to D.C. before any child pornography was even mentioned; the agreement could therefore not, logically, have been predicated on an agreement of sex with Kia in exchange for child pornography.

Following that exchange, **it was Detective Palchak** who first proposed exchanging an image, which was a purported image of himself and 10-year old Kia in a hotel room. See id. (Det. Palchak: "kool I have a pic if wanna see"). It was not until Detective Palchak and Mr. Shepard had further discussed and solidified their plans for Mr. Shepard to travel to D.C. that Mr. Shepard proposed sending the first pornographic image to Detective Palchak. Detective Palchak

---

[3]     On the first page of the chat, Palchak and Mr. Shepard confirmed their agreement with the following:

p. 1          Det. Palchak:  im a bit far away you said you were in arkansas.
              Mr. Shepard:  it would probably be June before I cud make it tht to long time?
                            maybe may
              Det. Palchak:  kool.
              Mr. Shepard:  wht do I need to do
              Det. Palchak: well lets just keep in touch.

responded "no way yeah I would die for a vid," id., p. 2, and Mr. Shepard sent the first image

from his side.[4]  There is no convincing evidence that Mr. Shepard distributed the images for any

other reason than his affinity for James.

Following the initial exchange between Detective Palchak and Mr. Shepard, the internet

chats are replete with references to the special bond that Mr. Shepard felt with "James," and the

purported reciprocal bond that "James" felt with Mr. Shepard.  From Detective Palchak's

perspective, it was undoubtedly important for law enforcement purposes to form this strong bond

with his target, Mr. Shepard.  Indeed, at one point, Detective Palchak even offers to pick up the

cost of the motel room for Mr. Shepard's stay in D.C. because it was Mr. Shepard's birthday.

See Chat, p. 10 (Det. Palchak: "well since its ur birthday ill take care of the [motel] room").  The

below sets forth a number, but not all, of the discussions between the two men reflecting what

Mr. Shepard believed to be their strong friendship and common bond.

| | | |
|---|---|---|
| p. 2 | Mr. Shepard: | we seem to think alike. |
| p. 4 | Mr. Shepard: | It amazes me how much we think alike an weve never met?  u feel that way to?" |
| | Det. Palchak: | u think u can make it [to D.C.] then I would love to make it happen for u I know how hard it is to find so I think it would be great |
| p. 6: | Mr. Shepard: | but im not worried I trust you! |
| | Det. Palchak: | lol I know I feel like we're brothers lol |
| | Shepard: | yea it is really weird! |
| p. 11 | Det. Palchak | [stating that he and Shepard should get together] especially because we think alike and get along good . . . |
| | Mr. Shepard: | yea it still amazes me how much we think alike! Ita spooky! |
| | Det. Palchak: | I know. |

---

[4]      At another point in the chats, Detective Palchak actually requests pornographic movies from Mr. Shepard.  See Chat, p. 11 (Det. Palchak: "u have any kinky kid movies[?]").

8

| p. 20 | Mr. Shepard: | thnk u so much!  I feel very close to you like weve always known each other! |

| p. 20: | Det. Palchak: | hey look im glad I met u to[o] it is so weird how much we think alike its almost scary im just glad that we met and cant wait for you to come down in April |
| | Mr. Shepard: | thnk so much!  I feel very close to you like weve always known each other! |

| pp. 23-24 | Det. Palchak: | very excited about [the trip] ifeel real comfortablw with u |
| | Mr. Shepard: | same here! |
| | Det. Palchak: | mmmmmm good |
| | Mr. Shepard: | the vibes between us are strange!!!! |
| | Det. Palchak: | lol |
| | | I know its is strange but good |
| | | we think alike |
| | | mmmmm |
| | Mr. Shepard: | I can't wait to meet you |

| p. 28 | Mr. Shepard: | its so unreal how we think alike! kinda scary! lol |
| | Det. Palchak | it is scary lol |
| | Mr. Shepard: | yea I cat wait to meet u! its crazy feeling! |
| | Palchak: | im very excited and cant wait to meet u to |

Remarkably, Mr. Shepard has continued to express his admiration and kinship for "James" even after learning that James was really a detective who was involved in an extensive sting operation against him.  During his post-arrest interview, Mr. Shepard repeatedly tells Detective Palchak about the bond he feels with him, and expresses a desire that they visit at some point.  Likewise, Mr. Shepard has repeatedly informed defense counsel that he feels a real bond with who he now knows as "Tim," which is Detective Palchak's first name.  Mr. Shepard reports that he "really likes him" and "wants to see him again."

**E.    Mr. Shepard's Remorse.**

Following his arrest and his time at CTF, and after viewing the letters from his family members and the PSR, Mr. Shepard has had an awakening to the harm he caused in the past and

9

might have caused now if James and Kia were real people.  Based on conversations with defense

counsel, it is clear that Mr. Shepard wants to use his time inside to try and rectify the harm he has

inflicted.

## DISCUSSION

I.    **UNDER THE SECTION 3553(A) SENTENCING FACTORS THE SENTENCE
      "SUFFICIENT BUT NOT GREATER THAN NECESSARY" IS NO MORE THAN
      TEN YEARS.**

   A.    **The Current Law of Federal Sentencing.**

   The Supreme Court fundamentally altered the federal sentencing landscape in United

States v. Booker, 543 U.S. 220 (2005), by holding that mandatory application of the Sentencing

Guidelines violated a defendant's Sixth Amendment right to a jury trial.  With this decision, the

Court freed sentencing courts from the rigid, formalistic framework that existed under the

Guidelines, replacing it with a system that provides judges the discretion to consider any relevant

characteristic of the particular defendant or of the offense.  As the Supreme Court recently

confirmed, courts are "no longer . . . tied to the sentencing range indicated in the  Guidelines."

Cunningham v. California, 127 S. Ct. 856, 867 (2007).  Instead, courts are "obliged to 'take

account of' that range along with the sentencing goals Congress enumerated in the [Sentencing

Reform Act] at 18 U.S.C. § 3553(a)."  Id. (quoting Booker, 543 U.S. at 259, 264); see also

United States v. Pickett, 475 F.3d 1347, 1351 (D.C. Cir. 2007) ("The Court's remedial opinion

[in Booker] required the district court to treat the Guidelines as advisory only and as simply one

factor to be considered in sentencing.").

   "In the post-Booker world, the court must calculate and consider the applicable

Guidelines range but is not bound by it."  United States v. Dorcely, 454 F.3d 366, 375 (D.C.

Cir.), cert. denied, 127 S. Ct. 691 (2006). The sentencing judge must determine the applicable

Guidelines range in the same manner as before Booker, including consideration of any policy

statements issued by the Sentencing Commission and departure authority. Id. at 375 n.6.

Thereafter, Booker "requires" the district court to consider the Guidelines range and the other

Section 3553(a) factors. Id. at 376.

"One, but only one, of the factors a sentencing court must also consider is the sentencing

range under the Guidelines." Pickett, 405 F.3d at 1352. Several courts have held that the

Guidelines are entitled to no greater weight than any of the other factors. See United States v.

Biheiri, 356 F. Supp. 2d 589, 594 n.6 (E.D. Va. 2005) ("No individual factor is singled out as

having greater weight; instead, the richness of factual diversity in cases calls on sentencing

judges to consider all of the factors and to accord each factor the weight it deserves under the

circumstances."); United States v. Simon, 361 F. Supp. 2d 35, 40 (E.D.N.Y. 2005) ("[T]he

Guidelines are advisory and entitled to the same weight accorded to each other factor that the

Court is instructed to consider by § 3553(a)."); United States v. Ranum, 353 F. Supp. 2d 984,

986-987 (E.D. Wis. 2005) (giving equal weight to each factor listed in § 3553(a)).

As the D.C. Circuit recently held regarding the proper weight to be given the

"advisory-only Guideline range":

> One might answer that the Guideline range should be considered
> presumptively reasonable. But that would be to confuse the standard this
> court and several others have adopted for appellate review with the
> standard to be applied by the sentencing court. A sentencing judge cannot
> simply presume that a Guidelines sentence is the correct sentence. To do
> so would be to take a large step in the direction of returning to the
> pre-Booker regime. Another approach, the correct one in our view, is to
> evaluate how well the applicable Guideline effectuates the purposes of
> sentencing enumerated in § 3553(a).

Pickett, 475 F.3d at 1353 (footnote and citations omitted; emphasis added).  "'If Booker's rendering the Guidelines discretionary means anything,' it must give district court judges greater latitude in assessing potentially mitigating factors than they had under the Sentencing Guidelines." United States v. Brown, 449 F.3d 154, 160 (D.C. Cir. 2006) (quoting United States v. Gomez, 431 F.3d 818, 825 (D.C. Cir. 2005)).  The D.C. Circuit has also recognized that mitigating evidence that is not relevant to the Guidelines calculation may well be relevant to the district court's analysis of the Section 3553(a) factors.  See United States v. Ayers, 428 F.3d 312, 315 (D.C. Cir. 2005).[5]  It is through the consideration of all of these relevant sentencing factors that courts ensure they reach a "just punishment" as required by 18 U.S.C. § 3553(a).

After equal consideration of all of the Section 3553(a) factors, the court has the authority (i) "to impose the sentence that would have been imposed under the Guidelines, i.e., a sentence within the applicable Guidelines range or within permissible departure authority, or (ii) to impose a non-Guidelines sentence." United States. v. Crosby, 397 F.3d 103, 113 (2d Cir. 2005).

---

[5]     At the time the Guidelines were mandatory, courts were discouraged from considering factors such as the defendant's age, education and vocational skills, mental and emotional conditions, physical condition, and ties to family and the community.  See U.S.S.G. § 5H1.1-4, 6, 11.  These factors were "not ordinarily relevant" in determining an appropriate sentence and could only be considered in extraordinary situations.  Post-Booker, however, these are precisely the types of considerations courts must now evaluate when imposing sentences.

**B.    Aubrey L. Shepard and the 18 U.S.C. § 3553(a) Factors.**

    **1.    The Sentencing Guidelines:  Mr. Shepard's Guidelines Range Properly Calculated Is No Higher Than 262-327 Months.**

        **a.    The Court Should Not Apply The Five-Point Enhancement At Section 2G2.2(b)(3)(B) For Distributing Child Pornography "For The Receipt, Or Expectation Of Receipt, Of A Thing Of Value, But Not For Pecuniary Gain."**

The major Guidelines dispute in this case is the five-point offense level enhancement for distributing child pornography "for the receipt, or expectation of receipt, of a thing of value, but not for pecuniary gain."  PSR, ¶ 35; see also U.S.S.G. § 2G2.2(b)(3)(B).  Under the application note to § 2G2.2(b)(3)(B), "[d]istribution for the receipt, or expectation of receipt, of a thing of value, but not for pecuniary gain," means

> any transaction, including bartering or other in-kind transaction, that is conducted for a thing of value but not for profit.  "Thing of value" means anything of valuable consideration.  For example, in a case involving the bartering of child pornographic material, the "thing of value" is the child pornographic material received in exchange for other child pornographic material bartered in consideration for the material received.

U.S.S.G. § 2G2.2(b)(3)(B), application note.  In order for U.S.S.G. § 2G2.2(b)(3)(B) to apply, the distributor of child pornography  must have "expect[ed]–rather than just hope[d]–to receive a thing of value" in return.  United States v. Maneri, 353 F.3d 165, 168 (2d Cir. 2003).

Under the plain terms of the guideline and the undisputed facts of this case, the § 2G2.2(b)(3)(B) enhancement does not apply here.  First of all, Mr. Shepard and Detective Palchak had planned Mr. Shepard's visit to the District of Columbia **before** Mr. Shepard began sharing pornographic images with the Detective.  The plan for Mr. Shepard to visit D.C. was

reached on the very first page of the first chat between the two.  See Chat p. 1.  Directly after that exchange, Detective Palchak was the one who sent the first image exchanged between the two men (supposedly a photo of Detective Palchak and "Kia" in a motel room).  Since the agreement to meet in D.C. had already been reached, it would not have made sense for Mr. Shepard to feel the need to provide further incentive to James; Mr. Shepard already had the "thing of value" he was seeking.

Moreover, the evidence is overwhelmingly clear in this case that Mr. Shepard's motivation in sending "James" (Detective Palchak) images was not to gain any tangible benefit.  Instead, Mr. Shepard distributed the child pornography to Detective Palchak because, pathetically, he thought he had finally found a friend with whom he could share the pornographic material.  As set forth at length above in Section I.D., Mr. Shepard had what he believed to be a strong bond of friendship with Detective Palchak; a bond he commented on constantly, with Detective Palchak returning the sentiments.  See, e.g., Chat, p. 28 (Mr. Shepard: "its so unreal how we think alike! kinda scary! lol"  Palchak: "it is scary lol"  Mr. Shepard: "yea I cat wait to meet u! its crazy feeling!"  Palchak: "im very excited and cant wait to meet u to").  Indeed, the government agrees that the "record does not contain any explicit conversation between the defendant and Detective Palchak with respect to the defendant's sending child pornography in exchange for . . . 'James' arranging for the defendant to have access to the children."  Gov. Mem. at 6.

In the absence of this 5-point enhancement, Mr. Shepard's Guidelines range is **as** contemplated by the plea agreement, which is **262-327 months.**

**B.    The History and Characteristics of Mr. Shepard.**

When considering Mr. Shepard's history and characteristics, the Court should consider

Mr. Shepard's age of 64 years old.[6]  While the government's Sentencing Memorandum states

that "a Guidelines sentence takes into account the defendant's lack of prior criminal convictions

and his willingness to enter into an early guilty plea in this case," that is simply not true in this

case.  It is only common sense that a sentence of 360 months (30 years) or even 262 months

(approximately 22 years) will be an effective life sentence for Mr. Shepard.  If handed an

effective life sentence, what benefit will Mr. Shepard have received for his cooperation and early

plea?  Given all of the facts and circumstances of this case, including his early plea and

acceptance of responsibility, it is reasonable that Mr. Shepard spend some of his remaining years

out of prison, under the strict supervision afforded to sex offenders that would be part of

supervised release, which includes registration as a sex offender.  See PSR ¶¶ 83-86.

**C.    The Nature and Circumstances of the Offense.**

In terms of the nature and circumstances of the offense, this case involves harmful

relevant conduct from several decades ago, and deplorable attempted conduct in the present.  A

substantial period of incarceration–120 months–is not unwarranted.  But at the same time, for

numerous reasons, 120 months incarceration is enough.   First, the Court should take into account

that, as scientific studies demonstrate, Mr. Shepard is undoubtedly amenable to treatment so that,

if released, he will not re-offend.  Studies show that sex offenders are 25% less likely to re-

offend than non-sex offenders, and that sex offender treatment cuts recidivism by more than half.

---

[6]    Post-Booker, a defendant's age will always relevant at sentencing.  See 18 U.S.C.
§ 3553(a)(1) (directing sentencing courts to consider the "history and characteristics of the
defendant").

See NACDL Report: <u>Truth in Sentencing?  The Gonzales Cases</u>, 17 Fed. Sent. Rep. 327, 328 (June 2005); <u>see</u> <u>also</u> CSOM, Office of Justice, Department of Justice, <u>Myths and Facts About Sex Offenders</u> (August 2000), at 3 (Ex. 2) ("recidivism rates for sex offenders are lower than for the general criminal population"); DOJ, Bureau of Justice Statistics, <u>Recidivsm of Sex Offenders Released From Prison in 1994</u>, at 2 (Ex. 3) ("Compared to non-sex offenders released from State prison, sex offenders had a lower overall re-arrest rate").  This is especially true of an individual Mr. Shepard's age, as "[r]ecidivism studies typically find that the older the prisoner when released, the lower the rate of recidivism."  <u>Id.</u> at 1.

The Court should also consider that, under a ten-year sentence, Mr. Shepard will have the benefit of many years of sex offender treatment prior to his release.  As noted in the Department of Justice <u>Myths and Facts</u> publication, "[t]reatment programs can contribute to community safety because those who attend and cooperate with program conditions are less likely to re-offend that those who reject intervention."  Ex. 2 at 7.  As further noted, "[s]everal studies present optimistic conclusions about the effectiveness of treatment programs that are empirically based, offense specific, and comprehensive."  <u>Id.</u>

Fortunately, the Federal Correctional Institution at Butner, North Carolina and the Federal Medical Center in Devens, Massachusetts both now offer a comprehensive sex offender treatment program.  <u>See</u> Ex. 4 (Statement of Andres E. Hernandez, Director of Sexual Treatment Program at FCI Butner, NC, September 26, 2006) at 1-2.  Each of these institutions offers a

> voluntary, residential therapeutic program that employs cognitive-behavioral and relapse prevention techniques to treat and manage male sexual offenders.  The primary of the [Sex Offender Treatment Program ("SOTP")] is to help offenders manage their sexual deviance in an effort to reduce sexual recidivism.  The treatment program encourages its participants to change their criminal lifestyle

and become honest, responsible, and law-abiding citizens with effective self-control skills.

Id.  In his statement, Dr. Hernandez of FCI Butner also reports that "there is a growing body of scientific literature suggesting that treatment is effective in reducing the risk of recidivism."  Id. at 6.  Thus, there is very good reason to believe that in ten years of treatment, Mr. Shepard will be able to put his sickness behind him and gain control over the impulses that have largely destroyed his life to this point.

* * *

If Booker means anything, it means that this Court may now "dispense mercy on the basis of factors too intangible to write into a statute."  Gregg v. Georgia, 428 U.S. 153, 222 (1976) (White, J., concurring in judgment).  As set forth in the factual proffer, this case features deplorable conduct.  But the question here is whether the Court should hand down an effective life sentence to Mr. Shepard, a 64-year-old man.  A sentence of 15 years or more would undoubtedly be such a sentence.

The defense respectfully submits that this case does not call for an effective life sentence for Mr. Shepard.  Mr. Shepard's age, his lack of any prior criminal convictions, his employment history, his remorse for his actions, and his amenability to treatment all militate against such a sentence.  Instead, consistent with 18 U.S.C. § 3553(a)(1) and Booker, the Court should sentence Mr. Shepard to ten years.  With a ten year sentence, Mr. Shepard will still not be released from prison until he is 74 years old.  A sentence of that length will also provide Mr. Shepard with a very substantial amount of time to seek treatment for his sickness such that he will pose no danger upon his release from incarceration to a lifetime of supervised release including, inter alia,

17

sex offender registration.

## <u>CONCLUSION</u>

WHEREFORE, this Memorandum is submitted for this Court's consideration and to

encourage the Court to sentence Mr. Shepard to a sentence of no greater than 120 months.

Respectfully submitted,
A.J. Kramer
Federal Public Defender


_____/S/_____
Jonathan S. Jeffress
<u>Counsel for Aubrey L. Shepard</u>
Assistant Federal Public Defenders
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500, ex. 134

# EXHIBIT 1

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 2/28/2007 | 7:46:36 PM | James | Lynn | hey |
| 2/28/2007 | 7:46:54 PM | Lynn | James | hi |
| 2/28/2007 | 7:47:01 PM | James | Lynn | james here 36 m in maryland |
| 2/28/2007 | 7:47:14 PM | Lynn | James | im 63 arkansas |
| 2/28/2007 | 7:47:27 PM | James | Lynn | kool nice to meet u what ages u into |
| 2/28/2007 | 7:47:47 PM | Lynn | James | yunger the better but 12 and under |
| 2/28/2007 | 7:47:51 PM | James | Lynn | mmmmmm |
| 2/28/2007 | 7:48:06 PM | James | Lynn | nice my daughter is 11 living with ex now |
| 2/28/2007 | 7:48:48 PM | Lynn | James | does she get to stay with u any? |
| 2/28/2007 | 7:49:03 PM | James | Lynn | i have sniffed her panties and some light touching but ive been active with this 10 yo for about a year |
| 2/28/2007 | 7:49:16 PM | Lynn | James | know her mother? |
| 2/28/2007 | 7:49:21 PM | James | Lynn | neighbor? |
| 2/28/2007 | 7:49:31 PM | James | Lynn | no its a long story if u wana hear ill tell u |
| 2/28/2007 | 7:49:49 PM | Lynn | James | yea tell me! |
| 2/28/2007 | 7:50:21 PM | James | Lynn | okay i met this prostitute a while back ive never had black pussy and wanted to try so i got drunk one night and got a hooker |
| 2/28/2007 | 7:50:52 PM | James | Lynn | ok ive did tht once |
| 2/28/2007 | 7:51:18 PM | James | Lynn | well i went back to her several times and told her i had fantsel of young so she started pretending to be a 5 yo girl |
| 2/28/2007 | 7:51:34 PM | Lynn | James | cool |
| 2/28/2007 | 7:52:17 PM | James | Lynn | anyhow she started telling me about her kids and stuff and i just got the balls and asked her if i got fuck her 10 yo she said no at first but i offered |
| 2/28/2007 | 7:52:33 PM | James | Lynn | 300 and she finally said yes |
| 2/28/2007 | 7:52:40 PM | Lynn | James | wow |
| 2/28/2007 | 7:52:51 PM | Lynn | James | yeah she is a hotties |
| 2/28/2007 | 7:52:55 PM | James | Lynn | puffy pussy n all |
| 2/28/2007 | 7:53:06 PM | James | Lynn | u still pay for her? |
| 2/28/2007 | 7:53:41 PM | James | Lynn | not that much i mostly take care of them with food n shit she is addicted to drugs so ill give her like 100 bucks |
| 2/28/2007 | 7:54:03 PM | Lynn | James | cool does she like fukn? |
| 2/28/2007 | 7:54:48 PM | James | Lynn | now she does at first she was nervous hell so was i lol |
| 2/28/2007 | 7:55:02 PM | Lynn | James | i guess tht was dumb question if u bn fukn her a year |
| 2/28/2007 | 7:55:10 PM | James | Lynn | lol |
| 2/28/2007 | 7:55:15 PM | James | Lynn | yea i wud be to |
| 2/28/2007 | 7:55:45 PM | Lynn | James | i couldn believe it when i was actually doing it i was scared horney excited all at the same time |
| 2/28/2007 | 7:55:56 PM | James | Lynn | how often u fuk her? |
| 2/28/2007 | 7:56:09 PM | Lynn | James | well i try to do it a few times a month |
| 2/28/2007 | 7:56:31 PM | James | Lynn | sounds good! u think i could get in on it? |
| 2/28/2007 | 7:57:23 PM | James | Lynn | i think i would be hot ive always wanted to see her sucking a cock while i was jerking |
| 2/28/2007 | 7:58:16 PM | Lynn | James | yeal would love for 1 of us to fuk her ass an the other her pussy ive always wanted to try tht |
| 2/28/2007 | 7:58:30 PM | James | Lynn | mmmmm |
| 2/28/2007 | 7:58:36 PM | James | Lynn | fuck that would be hot |
| 2/28/2007 | 7:58:47 PM | Lynn | James | yea i think so lol |
| 2/28/2007 | 7:59:22 PM | James | Lynn | mmmmmm |
| 2/28/2007 | 7:58:58 PM | Lynn | James | im a bit far away u said u were in arkansas |
| 2/28/2007 | 8:00:21 PM | James | Lynn | it would probably aprll to june before i cud make it tht to long time? maybe may |
| 2/28/2007 | 8:00:34 PM | James | Lynn | kool |
| 2/28/2007 | 8:00:58 PM | Lynn | James | wht do i need to do? |
| 2/28/2007 | 8:01:21 PM | James | Lynn | well lets just keep in touch |
| 2/28/2007 | 8:01:25 PM | Lynn | James | hang on one sec |
| 2/28/2007 | 8:01:56 PM | James | Lynn | ok i can sure do tht i would like to hear more about u fukn her anyway |
| 2/28/2007 | 8:02:15 PM | James | Lynn | kool i have a pic if wanna see |
| 2/28/2007 | 8:02:22 PM | Lynn | James | yes |
| 2/28/2007 | 8:03:11 PM | James | | james sends C:\Documents and Settings\Administration\Desktop\me with kia.JPG |
| 2/28/2007 | 8:03:27 PM | Lynn | | this is the her and i in the hotel room |

CARDELS 800-783-0399

GOVERNMENT
EXHIBIT
/

1

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 2/28/2007 | 8:03:41 PM | | | Transfer of "me with kia.JPG" is complete. |
| 2/28/2007 | 8:04:08 PM | Lynn | james | shit she is pretty |
| 2/28/2007 | 8:04:16 PM | james | Lynn | what i usually do is let her mom get the room. i usually hang at the bar then the mom will come down give me the key then i go up to the room |
| 2/28/2007 | 8:04:37 PM | james | Lynn | its safer that way cause im white and i dont want to look suspicos |
| 2/28/2007 | 8:04:45 PM | Lynn | james | u think she would mind 2 of us |
| 2/28/2007 | 8:04:53 PM | Lynn | james | yea i hear u |
| 2/28/2007 | 8:05:34 PM | james | Lynn | if ur kool i can make it happen if u trust me and i trust u then we will be fine |
| 2/28/2007 | 8:06:04 PM | Lynn | james | no problem u r not a cop r u? im not |
| 2/28/2007 | 8:06:23 PM | james | Lynn | hell no i just wanna make sure ur not either. i dont want to get set up |
| 2/28/2007 | 8:07:13 PM | Lynn | james | yea no i am not a cop so dont worry im just a horny man lol i wants some sweet young pussy |
| 2/28/2007 | 8:07:21 PM | james | Lynn | lol |
| 2/28/2007 | 8:07:23 PM | Lynn | james | good |
| 2/28/2007 | 8:07:27 PM | Lynn | james | lol |
| 2/28/2007 | 8:07:37 PM | james | Lynn | not a cop |
| 2/28/2007 | 8:08:01 PM | Lynn | james | good im not a cop either |
| 2/28/2007 | 8:08:28 PM | james | Lynn | t his why i asked u there i cops on free6 |
| 2/28/2007 | 8:09:05 PM | james | Lynn | i just started going there i used to go to incestchat but they closed it down |
| 2/28/2007 | 8:09:16 PM | james | Lynn | we b going to free 6 i guess about 2 / 3 months |
| 2/28/2007 | 8:09:32 PM | james | Lynn | yeah i love it |
| 2/28/2007 | 8:09:34 PM | james | Lynn | especially when the post those lil pussys |
| 2/28/2007 | 8:10:33 PM | Lynn | james | mmmmmm |
| 2/28/2007 | 8:10:52 PM | james | Lynn | yes i love those little pussy shots i got a vid of a little girl fukin a man i think u would like name is linda u want me to send? |
| 2/28/2007 | 8:11:40 PM | Lynn | james | no way yeah i would die for a vid |
| 2/28/2007 | 8:11:53 PM | Lynn | james | mmmm |
| 2/28/2007 | 8:11:56 PM | james | Lynn | this is my fav.i would love to hve this girl fuk me! |
| 2/28/2007 | 8:12:20 PM | Lynn | james | Lynn sends LINEW Linda-Fucked-.(good)CODEC.avi |
| 2/28/2007 | 8:12:37 PM | james | Lynn | mmmmmmmmmm lets see my cock is getting hard lol |
| 2/28/2007 | 8:13:05 PM | james | Lynn | i think i will like it lol we seem to think alike |
| 2/28/2007 | 8:13:16 PM | Lynn | james | lol we do i love it |
| 2/28/2007 | 8:13:19 PM | | | if ur serious about this we will have a great time believe me |
| 2/28/2007 | | | | can i ask u how big your dick is mine is 5-6 inch an 5 inch round |
| 2/28/2007 | | | | You have successfully received C:\Documents and Settings\Administrator\My Received Files\LNEW Linda-Fucked-.(good)CODEC.avi from Lynn. |
| 2/28/2007 | 8:13:30 PM | james | Lynn | i am very serious |
| 2/28/2007 | 8:14:48 PM | Lynn | james | believe me i am very serious |
| 2/28/2007 | 8:15:01 PM | james | Lynn | mmmmmmmmmm |
| 2/28/2007 | 8:15:06 PM | Lynn | james | very nice damn sweet lil puffy pussy |
| 2/28/2007 | 8:15:17 PM | james | Lynn | wow |
| 2/28/2007 | 8:15:36 PM | Lynn | james | my dick is 6 |
| 2/28/2007 | 8:15:42 PM | james | Lynn | kool mine was 6 1/2 but its shrinking |
| 2/28/2007 | 8:15:49 PM | james | Lynn | lol |
| 2/28/2007 | 8:15:58 PM | Lynn | james | maybe 6 1/2 |
| 2/28/2007 | 8:16:04 PM | james | Lynn | damn wish i could come now |
| 2/28/2007 | 8:16:11 PM | Lynn | james | with kid it feels like it gets to 8 lol |
| 2/28/2007 | 8:16:15 PM | Lynn | james | lol |
| 2/28/2007 | 8:16:52 PM | Lynn | james | that was a hot kid the younger the better |
| 2/28/2007 | | | | Lynn sends (PE7F7~r.AVI |
| 2/28/2007 | 8:17:35 PM | james | Lynn | u hve any u cud send me |
| 2/28/2007 | 8:18:24 PM | Lynn | james | the only movie i have is old as shit like in the eighties but good lol no new vids just wank to the pics on free6 |
| 2/28/2007 | 8:18:51 PM | Lynn | james | oh i do |
| 2/28/2007 | 8:18:55 PM | james | Lynn | i have a lot u ever been with any preteen |
| 2/28/2007 | 8:19:04 PM | james | Lynn | kool |

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 2/28/2007 | 8:32:43 PM | Lynn | James | semi retired dont travel as much as i wud like lol |
| 2/28/2007 | 8:33:11 PM | James | Lynn | yeah me either my old lady wouldnt let me go alone lol unless its for business i love that line lol |
| 2/28/2007 | 8:33:13 PM | James | Lynn | u married |
| 2/28/2007 | 8:33:19 PM | Lynn | James | no |
| 2/28/2007 | 8:33:22 PM | James | Lynn | lucky |
| 2/28/2007 | 8:33:45 PM | James | Lynn | u married? |
| 2/28/2007 | 8:33:55 PM | Lynn | James | yeah |
| 2/28/2007 | 8:34:06 PM | James | Lynn | i guess u can say that |
| 2/28/2007 | 8:34:08 PM | James | Lynn | lol |
| 2/28/2007 | 8:34:19 PM | James | Lynn | wat mean? |
| 2/28/2007 | 8:34:39 PM | James | Lynn | i am sometimes i wish i wasnt i like to have my fun |
| 2/28/2007 | 8:34:42 PM | Lynn | James | u know |
| 2/28/2007 | 8:34:54 PM | James | Lynn | yes i do no |
| 2/28/2007 | 8:35:24 PM | Lynn | James | i run my old mans liquor store |
| 2/28/2007 | 8:35:34 PM | Lynn | James | kool |
| 2/28/2007 | 8:36:07 PM | James | Lynn | tell me more about kia is she tight? |
| 2/28/2007 | 8:36:53 PM | Lynn | James | oh my god is she she is a skinny lil thing im not that big and still have to use alot of lube but it fits in like a glove |
| 2/28/2007 | 8:37:23 PM | James | Lynn | tht sound so goooood |
| 2/28/2007 | 8:37:40 PM | Lynn | James | she is getting better with blowjobs she still gags and sometimes spits up when i cum in her mouth or go to deep |
| 2/28/2007 | 8:38:22 PM | Lynn | James | tell her to put ur dick on roof of her mouth an let it slide back slowly |
| 2/28/2007 | 8:38:31 PM | James | Lynn | what ive been doing lately is laying on my back while she squats down and pisses on my dick while im stroking it |
| 2/28/2007 | 8:38:59 PM | Lynn | James | she giggles alot when i eat her ass and pussy |
| 2/28/2007 | 8:39:16 PM | Lynn | James | damn i like tht |
| 2/28/2007 | 8:39:21 PM | James | Lynn | i think u will really enjot the company u wont be disappoined |
| 2/28/2007 | 8:39:33 PM | James | Lynn | u fuk her ass to? |
| 2/28/2007 | 8:39:40 PM | James | Lynn | i thought i was going to have to go to tyland or some shit like that |
| 2/28/2007 | 8:39:50 PM | James | Lynn | yes just the head though |
| 2/28/2007 | 8:39:55 PM | Lynn | James | real tight |
| 2/28/2007 | 8:40:09 PM | James | Lynn | u tried with lube? |
| 2/28/2007 | 8:40:43 PM | Lynn | James | yeah she wasnt so happy lol but is getting better just have to lube it properly |
| 2/28/2007 | 8:41:24 PM | James | Lynn | i dont like to hurt girls so i wud try to get her good an wet |
| 2/28/2007 | 8:41:42 PM | Lynn | James | yeah im the same way i never force or cause pain |
| 2/28/2007 | 8:42:11 PM | James | Lynn | damn ur like me kool i like it |
| 2/28/2007 | 8:42:50 PM | Lynn | James | i think im going to try to come in april u no wat i wud really like? april 15 is my birthday tht wud sure b the bst birthday present i ever got |
| 2/28/2007 | 8:43:22 PM | Lynn | James | it amazes me how much we think alike an weve never met? u feel tht way to? |
| 2/28/2007 | 8:43:46 PM | James | Lynn | u think u can make it then i would love to make it happen for u i know how hard it is to find so i think it would be great |
| 2/28/2007 | 8:43:50 PM | James | Lynn | u drink at all |
| 2/28/2007 | 8:44:02 PM | James | Lynn | no |
| 2/28/2007 | 8:44:04 PM | James | Lynn | i know its fucking weird lol |
| 2/28/2007 | 8:44:08 PM | James | Lynn | kool |
| 2/28/2007 | 8:44:24 PM | James | Lynn | im not a big drinker but did have some the first time real nervous lol |
| 2/28/2007 | 8:45:00 PM | James | Lynn | dont smok r do drugs either how about u? |
| 2/28/2007 | 8:45:11 PM | James | Lynn | no just a few drinks every now and then |
| 2/28/2007 | 8:45:29 PM | James | Lynn | i hate smoke i have asthma |
| 2/28/2007 | 8:46:01 PM | James | Lynn | just a freaky horny guy lol |
| 2/28/2007 | 8:46:11 PM | James | Lynn | this me! |
| 2/28/2007 | 8:46:14 PM | James | Lynn | :D |
| 2/28/2007 | 8:46:33 PM | James | Lynn | me to |
| 2/28/2007 | 8:46:41 PM | Lynn | James | must be a long movie lol |
| 2/28/2007 | 8:47:07 PM | Lynn | James | man i can hardly wait |
| 2/28/2007 | 8:47:14 PM | Lynn | James | u dont know how bad ive wanted a threeesome with her |
| 2/28/2007 | 8:47:14 PM | Lynn | James | it is pretty long its got mor thn 1 girl |

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 2/28/2007 | 8:47:21 PM | james | Lynn | mmmmmmmmm |
| 2/28/2007 | 8:47:22 PM | james | Lynn | nice |
| 2/28/2007 | 8:47:30 PM | james | Lynn | hopefully real young |
| 2/28/2007 | 8:47:46 PM | Lynn | james | yes |
| 2/28/2007 | 8:47:53 PM | james | Lynn | i seen a couple pics with moms getting in on the action to thats hot! |
| 2/28/2007 | 8:48:05 PM | james | Lynn | Lynn sends _saycum(1).mpg |
| 2/28/2007 | 8:48:14 PM | Lynn | james | i saw one licking a lil 3 yo pussy |
| 2/28/2007 | 8:48:16 PM | james | Lynn | mmmmmmmmm |
| 2/28/2007 | 8:49:02 PM | Lynn | james | did the dad come on after mom an was ruff with her? |
| 2/28/2007 | 8:49:18 PM | james | Lynn | You have successfully received C:\Documents and Settings\Administrator\My Documents\My Received Files\_saycum(1).mpg from Lynn. |
| 2/28/2007 | 8:49:20 PM | james | Lynn | no u have one like that |
| 2/28/2007 | 8:49:33 PM | james | Lynn | its hard finding sound with them |
| 2/28/2007 | 8:49:34 PM | james | Lynn | yea u want? |
| 2/28/2007 | 8:49:37 PM | james | Lynn | sure |
| 2/28/2007 | 8:49:48 PM | Lynn | james | let me find |
| 2/28/2007 | 8:50:04 PM | james | Lynn | okay |
| 2/28/2007 | 8:50:34 PM | james | Lynn | Lynn sends 1st mom thn dad[1].mpeg.wmv |
| 2/28/2007 | 8:50:47 PM | | | Lynn sends (Pthc) (Hussyfan) (Kingpass) (Vicky) (Lord ofthering) (Mo (1).avi |
| 2/28/2007 | 8:51:04 PM | | | Lynn sends 1.mpeg |
| 2/28/2007 | 8:51:34 PM | Lynn | james | i have to wait for the others before i can download this one |
| 2/28/2007 | 8:51:35 PM | Lynn | james | u hve any pics especially of kia? |
| 2/28/2007 | 8:51:36 PM | james | Lynn | mmmmmm |
| 2/28/2007 | 8:51:48 PM | james | Lynn | ok |
| 2/28/2007 | 8:51:51 PM | james | Lynn | You have successfully received C:\Documents and Settings\Administrator\My Documents\My Received Files\1st mom thn dad[1].mpeg.wmv from Lynn. |
| 2/28/2007 | 8:52:11 PM | Lynn | james | let me look i only took then once was afraid to get crazy with the camera hang on let me see |
| 2/28/2007 | 8:52:16 PM | Lynn | james | i like way mom eats her but dad is to ruff with her |
| 2/28/2007 | 8:53:49 PM | Lynn | james | yeah he is a lil rough real hot with the mom |
| 2/28/2007 | 8:54:27 PM | james | Lynn | You have successfully received C:\Documents and Settings\Administrator\My Documents\My Received Files\1.mpeg from Lynn. |
| 2/28/2007 | 8:54:32 PM | james | Lynn | yea i dont like his part no need to treat them like tht |
| 2/28/2007 | 8:55:27 PM | james | Lynn | yeah i feel the same way lots of lube and nice and easy |
| 2/28/2007 | 8:55:54 PM | Lynn | james | You have successfully received C:\Documents and Settings\Administrator\My Documents\My Received Files\(Pthc) (Hussyfan) (Kingpass) (Vicky) (Lord ofthering) (Mo (1).avi from Lynn. |
| 2/28/2007 | 8:56:06 PM | james | Lynn | yess damn we r going to live fun with kia |
| 2/28/2007 | 8:57:02 PM | Lynn | james | i really cant wait i know its gonna be a good time because we think alot ur in it for the fun not to hurt i love that but freaky mmm |
| 2/28/2007 | 8:57:58 PM | Lynn | james | yes it is kinda freaky but fun with little girl wait i want |
| 2/28/2007 | 8:58:11 PM | Lynn | james | yes we will have a great time |
| 2/28/2007 | 8:58:30 PM | james | Lynn | i think so! |
| 2/28/2007 | 8:58:49 PM | Lynn | james | i think kia will enjoy us to |
| 2/28/2007 | 8:59:06 PM | Lynn | james | i dont know how much the tickets will be blut they should be cheap we have three different airports around here |
| 2/28/2007 | 8:59:12 PM | Lynn | james | she will |
| 2/28/2007 | 8:59:29 PM | Lynn | james | she will pretend to be shy but she is sweet |
| 2/28/2007 | 8:59:38 PM | james | Lynn | lil drive |
| 2/28/2007 | 8:59:44 PM | james | Lynn | kool |
| 2/28/2007 | 8:59:52 PM | james | Lynn | i dont know how long the drive is |
| 2/28/2007 | 8:59:56 PM | james | Lynn | kool |
| 2/28/2007 | 9:00:00 PM | Lynn | james | i guess i marquest it |
| 2/28/2007 | 9:00:02 PM | james | Lynn | yea i luv to see the country |
| 2/28/2007 | 9:00:06 PM | james | Lynn | kool |
| 2/28/2007 | 9:00:19 PM | Lynn | james | where bouts u live in maryland? |

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 2/28/2007 | 9:00:34 PM | james | Lynn | im right on the dc line like 10 min kia lives in the city |
| 2/28/2007 | 9:01:14 PM | Lynn | james | wat motel do u usually meet kia at? |
| 2/28/2007 | 9:01:49 PM | james | Lynn | it depends i always go to safe ones by a metro in the city because my doesnt drive |
| 2/28/2007 | 9:02:11 PM | Lynn | james | u go by bus |
| 2/28/2007 | 9:02:18 PM | james | Lynn | it good neighborhoods holiday inn mostly |
| 2/28/2007 | 9:02:58 PM | Lynn | james | thought i might try to get rm there |
| 2/28/2007 | 9:03:32 PM | james | Lynn | no i drive the like a metro train ill meet the mom at the hotel bar or lunch area give her the money she gets the room takes kia up there then comes down and gets me then ill cll her on the cell when im done |
| 2/28/2007 | 9:04:07 PM | Lynn | james | how long u usually stay with kia? |
| 2/28/2007 | 9:04:36 PM | james | Lynn | it depends sometimes she wants me to watch her for hours because she is out doing her thing so it works out |
| 2/28/2007 | 9:05:03 PM | Lynn | james | this sounds good |
| 2/28/2007 | 9:05:26 PM | james | Lynn | yeah we will do it safely it will be fun |
| 2/28/2007 | 9:05:41 PM | james | Lynn | shit i got it down to a science now lol |
| 2/28/2007 | 9:06:10 PM | james | Lynn | yea i sure dont want to get caught |
| 2/28/2007 | 9:06:26 PM | Lynn | james | hell no shit me either |
| 2/28/2007 | 9:06:46 PM | james | Lynn | but im not worried i trust u i think to much like me not lol lol |
| 2/28/2007 | 9:07:07 PM | Lynn | james | lol i know i feel like were brothers lol |
| 2/28/2007 | 9:07:36 PM | james | Lynn | yea it is really weird! |
| 2/28/2007 | 9:08:42 PM | james | Lynn | but the best way is to meet at like the bar or lunch area that way u can see them before they check in the room so u know im for real then we can do our thing |
| 2/28/2007 | 9:09:02 PM | Lynn | james | sounds ok to mel can i get a phone number later where i can call you when i get there? |
| 2/28/2007 | 9:09:10 PM | james | Lynn | oh yeah we will do all that in case u get lost |
| 2/28/2007 | 9:09:29 PM | Lynn | james | good |
| 2/28/2007 | 9:09:36 PM | james | Lynn | before u leave ill give u all my contact numbers and ill get urs |
| 2/28/2007 | 9:09:43 PM | Lynn | james | ok |
| 2/28/2007 | 9:09:50 PM | Lynn | james | wish i cud leave tomorrow |
| 2/28/2007 | 9:10:02 PM | james | Lynn | lol i know im getting excited talking about it |
| 2/28/2007 | 9:10:09 PM | Lynn | james | ME TOO! |
| 2/28/2007 | 9:10:20 PM | Lynn | james | :-P |
| 2/28/2007 | 9:10:25 PM | Lynn | james | Lynn sends Minifitta.mpg |
| 2/28/2007 | 9:10:33 PM | james | Lynn | cant get here quick e nough |
| 2/28/2007 | 9:10:54 PM | james | Lynn | mmmmmmmm another mom and lil one |
| 2/28/2007 | 9:11:09 PM | Lynn | james | yea i may try for march hve to see? |
| 2/28/2007 | 9:11:38 PM | james | Lynn | just let me know i dont need to much notice |
| 2/28/2007 | 9:11:53 PM | Lynn | james | You have successfully received C:\Documents and Settings\Administrator\My Documents\My Received Files\Minifita.mpg from Lynn. |
| 2/28/2007 | 9:12:08 PM | Lynn | james | ok i will ill stay in touch with u for sure! this is to hot to pass up! |
| 2/28/2007 | 9:12:25 PM | james | Lynn | mmmmmmmm mmmm mmmmm mmmmmmmm |
| 2/28/2007 | 9:12:33 PM | james | Lynn | kool can i let that other movie finish before u shut down |
| 2/28/2007 | 9:13:09 PM | Lynn | james | sure im not going anywhere |
| 2/28/2007 | 9:13:18 PM | james | Lynn | kool |
| 2/28/2007 | 9:14:14 PM | james | Lynn | i like this 1 too this gifs cute i think |
| 2/28/2007 | 9:14:16 PM | Lynn | james | Lynn sends !@ygold style HC_RGH.mpg |
| 2/28/2007 | 9:14:55 PM | james | Lynn | really nice r they sucking in this one its always hard to find sound in these movies u know |
| 2/28/2007 | 9:15:35 PM | Lynn | james | ive got another one calle daphne th! i like but it is long! u want me to send r wait till nex time? |
| 2/28/2007 | 9:16:05 PM | james | Lynn | its up to u i can hang on for an hour u think it will take longer if so i can get it later |
| 2/28/2007 | 9:16:08 PM | james | Lynn | whats it about |
| 2/28/2007 | 9:16:55 PM | Lynn | james | lille girl blows her dad an then rides his dick it doesnt go in her |
| 2/28/2007 | 9:17:03 PM | james | Lynn | nice |
| 2/28/2007 | 9:17:22 PM | Lynn | james | u want now r nex time shes cute |

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 2/28/2007 | 9:17:42 PM | james | Lynn | shit now Im excited lol try it now I guess lol |
| 2/28/2007 | 9:17:44 PM | james | Lynn | mmmmmmmm |
| 2/28/2007 | 9:18:49 PM | | | Lynn sends task.wmv |
| 2/28/2007 | 9:19:08 PM | james | Lynn | If it dont make it it will resend |
| 2/28/2007 | 9:19:34 PM | james | Lynn | see if u like this? |
| 2/28/2007 | 9:19:37 PM | | | Lynn sends Zoo Horse Sex (bestiality) - stallion pulls out of mare, gushing horse cum.mpg |
| 2/28/2007 | 9:19:45 PM | | | You have successfully received C:\Documents and Settings\Administrator\My Documents\My Received Files\@ygold style HC_RGH.mpg from Lynn. |
| 2/28/2007 | 9:19:55 PM | Lynn | james | gotta wait for the rest to finish wont let me |
| 2/28/2007 | 9:20:05 PM | Lynn | james | ok |
| 2/28/2007 | 9:20:07 PM | james | Lynn | mmmmmmmm is this a preteen zoo movie |
| 2/28/2007 | 9:20:18 PM | Lynn | james | no its horse |
| 2/28/2007 | 9:20:23 PM | james | Lynn | kool |
| 2/28/2007 | 9:20:31 PM | james | Lynn | lol |
| 2/28/2007 | 9:20:33 PM | Lynn | james | nice |
| 2/28/2007 | 9:20:50 PM | Lynn | james | u like horse? |
| 2/28/2007 | 9:21:18 PM | james | Lynn | here is a cute girl lol |
| 2/28/2007 | 9:21:21 PM | Lynn | james | kool |
| 2/28/2007 | 9:21:39 PM | | | Lynn sends VickyBJshort.mpg |
| 2/28/2007 | 9:21:46 PM | james | Lynn | yes I do u |
| 2/28/2007 | 9:22:09 PM | james | Lynn | You have successfully received C:\Documents and Settings\Administrator\My Received Files\Zoo Horse Sex (bestiality) - stallion pulls out of mare, gushing horse cum.mpg from Lynn. |
| 2/28/2007 | 9:22:13 PM | Lynn | james | its ok |
| 2/28/2007 | 9:22:40 PM | Lynn | james | mmmmmmm |
| 2/28/2007 | 9:22:55 PM | Lynn | james | kool alot of cum lol |
| 2/28/2007 | 9:22:55 PM | james | Lynn | You have successfully received C:\Documents and Settings\Administrator\My Documents\My Received Files\PErFf7~1.AVI from Lynn. |
| 2/28/2007 | 9:23:14 PM | james | Lynn | I hit cancel but accident on the other one |
| 2/28/2007 | 9:23:23 PM | Lynn | james | yea he did cum whole lot |
| 2/28/2007 | 9:23:36 PM | Lynn | james | ive seen women suck horse cock but not that kool |
| 2/28/2007 | 9:23:38 PM | Lynn | james | wan me to resend? |
| 2/28/2007 | 9:24:17 PM | james | Lynn | please |
| 2/28/2007 | 9:24:46 PM | Lynn | james | which 1 was it? |
| 2/28/2007 | 9:24:56 PM | james | Lynn | lol I dont know |
| 2/28/2007 | 9:25:02 PM | Lynn | james | hold on let me see |
| 2/28/2007 | 9:25:19 PM | Lynn | james | oh it didnt cancel |
| 2/28/2007 | 9:25:21 PM | james | Lynn | now r showing up as cancel on my screen |
| 2/28/2007 | 9:25:42 PM | james | Lynn | maybe this why! |
| 2/28/2007 | 9:25:54 PM | Lynn | james | okay |
| 2/28/2007 | 9:26:01 PM | james | Lynn | I got to excited lol |
| 2/28/2007 | 9:26:27 PM | Lynn | james | see if u like this little girl she jus give bj |
| 2/28/2007 | 9:26:31 PM | | | Lynn sends 0003.mpg |
| 2/28/2007 | 9:27:25 PM | | james | You have successfully received C:\Documents and Settings\Administrator\My Documents\My Received Files\VickyBJshort.mpg from Lynn. |
| 2/28/2007 | 9:27:39 PM | james | Lynn | do u like to watch little girls dance with clothes on? |
| 2/28/2007 | 9:28:21 PM | Lynn | james | yeah thats kool to mostly nasty stuff though |
| 2/28/2007 | 9:28:32 PM | Lynn | james | I love the sound movies |
| 2/28/2007 | 9:28:56 PM | Lynn | james | most of mine the sound is no good |
| 2/28/2007 | 9:29:05 PM | Lynn | james | thats okay |
| 2/28/2007 | 9:29:33 PM | james | Lynn | ive got girls dancing with their clothes on and ive got some dancing an stripping |
| 2/28/2007 | 9:29:39 PM | Lynn | Lynn | mmmmmmm |

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 2/28/2007 | 9:29:43 PM | james | Lynn | sweet |
| 2/28/2007 | 9:29:51 PM | Lynn | james | u want both? |
| 2/28/2007 | 9:29:55 PM | james | Lynn | sure |
| 2/28/2007 | 9:30:23 PM | Lynn | james | what time u usually come on msn |
| 2/28/2007 | 9:30:45 PM | james | Lynn | this is suppose to b vickys little sister |
| 2/28/2007 | 9:30:47 PM | Lynn | james | Lynn sends *0(-(Hussy/an) (pithc) (r@ygold) (babyshiv/d) Vicky Lil Sis.mpg |
| 2/28/2007 | 9:31:20 PM | Lynn | james | i usually turn it on an go to free8 then check as i get mail |
| 2/28/2007 | 9:31:32 PM | james | Lynn | kool |
| 2/28/2007 | 9:32:01 PM | james | Lynn | i usually get on at work to then home when she is not bothering me |
| 2/28/2007 | 9:32:03 PM | Lynn | james | lol |
| 2/28/2007 | 9:32:27 PM | james | Lynn | ur wife u mean? |
| 2/28/2007 | 9:34:08 PM | Lynn | james | wat do u tell ur wife wn u r going to fuk kia? |
| 2/28/2007 | 9:34:47 PM | james | Lynn | she thinks im working or going out with friends she doesnt hound me to much |
| 2/28/2007 | 9:34:56 PM | james | Lynn | kool |
| 2/28/2007 | 9:35:37 PM | Lynn | james | does kia hve any friends reckon? |
| 2/28/2007 | 9:36:13 PM | james | Lynn | yeah but i havent been with any she was told about the secret thing |
| 2/28/2007 | 9:36:27 PM | Lynn | james | ok |
| 2/28/2007 | 9:37:07 PM | Lynn | james | did i understand u to say tht u hve felt of ur daughter? |
| 2/28/2007 | 9:37:55 PM | james | Lynn | i have a few times when she was asleep sniffed her panties ill stuff not much |
| 2/28/2007 | 9:39:17 PM | Lynn | james | ok i was jus thinkin how nice it wud b if u cud fuk her' trying to think of a way for u lol |
| 2/28/2007 | 9:39:42 PM | james | Lynn | man i would lov to but i know she has a big mouth and would tell her mom |
| 2/28/2007 | 9:40:06 PM | james | Lynn | u hve any sleepin pills? |
| 2/28/2007 | 9:40:17 PM | Lynn | james | no plent of liquor though |
| 2/28/2007 | 9:41:08 PM | james | Lynn | tht might work |
| 2/28/2007 | 9:41:17 PM | Lynn | james | yeah i just gotta be careful |
| 2/28/2007 | 9:41:26 PM | james | Lynn | for sure |
| 2/28/2007 | 9:41:57 PM | james | Lynn | ill save u some of her panties if ur into that i can give them to u when u come if ur into it |
| 2/28/2007 | 9:42:05 PM | Lynn | james | how wud u get her to drink tho? |
| 2/28/2007 | 9:42:23 PM | james | Lynn | i dont know thats the thing |
| 2/28/2007 | 9:42:48 PM | Lynn | james | shit yes i wud love them |
| 2/28/2007 | 9:43:29 PM | james | Lynn | kool they smell sweet most of the time sometimes they r strong of piss though |
| 2/28/2007 | 9:43:52 PM | Lynn | james | god wish i cud fuk her to |
| 2/28/2007 | 9:44:13 PM | james | Lynn | man that would be hot if we could figure a safe way just a lil scared |
| 2/28/2007 | 9:44:52 PM | Lynn | james | she wud be able to taste it tho |
| 2/28/2007 | 9:44:55 PM | Lynn | james | maybe mix it with soda, pop |
| 2/28/2007 | 9:45:27 PM | Lynn | james | yeah i was thinking of that as long as she doesnt taste the liquor ive heard of knock out pills but dont know much about them |
| 2/28/2007 | 9:45:46 PM | Lynn | james | me neither |
| 2/28/2007 | 9:45:56 PM | james | Lynn | i guess they work cause there out there lol |
| 2/28/2007 | 9:46:16 PM | Lynn | james | maybe u cud tell her its a new drink |
| 2/28/2007 | 9:46:25 PM | james | Lynn | now im thinking about it lol |
| 2/28/2007 | 9:46:41 PM | james | Lynn | yeah damn i want to SO BAD mmmmmmmmmmm |
| 2/28/2007 | 9:46:51 PM | Lynn | james | maybe we can think of something before i come |
| 2/28/2007 | 9:46:55 PM | james | Lynn | yeah let me know |
| 2/28/2007 | 9:47:19 PM | Lynn | james | hopefully we can |
| 2/28/2007 | 9:47:24 PM | james | Lynn | i would love to watch u pop her cherry, |
| 2/28/2007 | 9:47:30 PM | Lynn | james | mmmmmmmm |
| 2/28/2007 | 9:48:18 PM | james | Lynn | i would lov for u to watch |
| 2/28/2007 | 9:48:28 PM | Lynn | james | by the way i ve a video camera u think we cud shoot vid of kia its odd camera uses tapes but it works good |
| 2/28/2007 | 9:49:43 PM | james | Lynn | old |
| 2/28/2007 | 9:50:05 PM | Lynn | james | yeah i would feel safe as long as its a tape and just watch taping my face unless ur keeping it for yourself |
| 2/28/2007 |  |  |  | i just dont want my face on interbet fucking |

8

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 3/1/2007 | 6:35:00 PM | Lynn | james | maybe we can go shopping for her before we meet her? |
| 3/1/2007 | 6:36:09 PM | james | Lynn | yeah sounds great |
| 3/1/2007 | 6:37:12 PM | james | Lynn | i was thinking about getting the room ahead of time for two nights |
| 3/1/2007 | 6:37:49 PM | james | Lynn | i started to ask u if we could get her for two nights |
| 3/1/2007 | 6:37:54 PM | Lynn | james | that way i can give her mom the key pass and have her drop her off while were downstairs at the bar or lunch area |
| 3/1/2007 | 8:38:28 PM | james | Lynn | lunch area wud be best i think but either one u want lol |
| 3/1/2007 | 8:38:51 PM | Lynn | james | yeah i have done that in the past so it should not be a problem worst case scenario we have her for a solid night |
| 3/1/2007 | 8:39:02 PM | james | Lynn | i agree lunch is fine |
| 3/1/2007 | 8:39:44 PM | Lynn | james | thiwub b a dream come true to hve a 10 yo spend the night with me! mmmmmmmmmmmmmmmmmmmmmmmmm |
| 3/1/2007 | 6:39:56 PM | james | Lynn | mmmmmmmmmm |
| 3/1/2007 | 6:40:10 PM | Lynn | james | u like the idea to huh? |
| 3/1/2007 | 6:40:11 PM | james | Lynn | dick is hard now thinking about this lol |
| 3/1/2007 | 6:40:13 PM | james | Lynn | mmmmmmmm |
| 3/1/2007 | 6:40:15 PM | james | Lynn | yesss |
| 3/1/2007 | 6:40:32 PM | james | Lynn | especially cause we think alike and get along good |
| 3/1/2007 | 6:41:03 PM | james | Lynn | mine dont pop up there ike it use to but it is difinely responding |
| 3/1/2007 | 6:41:17 PM | james | Lynn | thats kool |
| 3/1/2007 | 6:41:49 PM | james | Lynn | yea it still amazes me how we think so much alike! ita spooky! |
| 3/1/2007 | 6:42:09 PM | james | Lynn | lol |
| 3/1/2007 | 6:42:11 PM | Lynn | Lynn | i know |
| 3/1/2007 | 6:43:18 PM | james | Lynn | do u ever do anything kinky with kid? |
| 3/1/2007 | 6:44:33 PM | Lynn | james | yes i have i had her squat down and piss on my cock while i was stroking |
| 3/1/2007 | 6:44:53 PM | james | Lynn | kool i hve chttted with some guys tht say lille girl pee is good! i think i want to try it and see for myself! |
| 3/1/2007 | 6:45:05 PM | Lynn | james | oh my u have to lts so warm and sweet |
| 3/1/2007 | 6:45:40 PM | james | Lynn | u hve tried? |
| 3/1/2007 | 6:46:11 PM | Lynn | james | i have tasted it off my hands but not directly in my mouth |
| 3/1/2007 | 6:46:11 PM | james | Lynn | i think i will let her set on my mouth an pee! |
| 3/1/2007 | 6:46:21 PM | james | Lynn | man that would be hot |
| 3/1/2007 | 6:46:29 PM | Lynn | james | ll try to if u do lol |
| 3/1/2007 | 6:46:50 PM | james | Lynn | i get crazy sometimes when im horny! |
| 3/1/2007 | 6:47:04 PM | Lynn | james | me to |
| 3/1/2007 | 6:47:09 PM | james | Lynn | i want to pee in her pussy lol |
| 3/1/2007 | 6:47:12 PM | james | Lynn | like an animal lol |
| 3/1/2007 | 6:47:18 PM | Lynn | james | LOL |
| 3/1/2007 | 6:47:37 PM | Lynn | james | like that horse lol |
| 3/1/2007 | 6:48:00 PM | james | Lynn | yea |
| 3/1/2007 | 6:48:10 PM | james | Lynn | u have any kinky kid movies |
| 3/1/2007 | 6:48:22 PM | Lynn | james | like pissing or anything |
| 3/1/2007 | 6:48:24 PM | james | Lynn | damn i dont no if i can wait a month |
| 3/1/2007 | 6:48:31 PM | Lynn | james | lol |
| 3/1/2007 | 6:48:36 PM | Lynn | james | i dont think so! |
| 3/1/2007 | 6:48:39 PM | james | Lynn | kool |
| 3/1/2007 | 6:49:03 PM | james | Lynn | its gonna seem like a year |
| 3/1/2007 | 6:49:10 PM | james | Lynn | befor april gets here |
| 3/1/2007 | 6:49:26 PM | Lynn | james | ths the truth |
| 3/1/2007 | 6:50:04 PM | james | Lynn | thts the truth |
| 3/1/2007 | 6:51:00 PM | Lynn | james | school her gets out last week of march for spring break |
| 3/1/2007 | 6:51:12 PM | james | Lynn | really ill have to check here she goes to school somewhere in dc might be able to find it on internet but ill check with her mom |
| 3/1/2007 | 6:51:45 PM | Lynn | james | ok |
| 3/1/2007 | 6:52:09 PM | Lynn | james | Lynn sends 10c(HussyFan) (pcmc) (c@golci) (babyshlvld) Vicky Lil Sis.mpg |
| 3/1/2007 | | | | Lynn sends task.wmv |
| 3/1/2007 | | | | this the two movies we shut off last night |

11

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 3/2/2007 | 6:40:46 PM | James | Lynn | hey look im glad i met u to it is so werid how much we think alike its almost scary im just glad that we met and cant wait for u to come done in april |
| 3/2/2007 | 6:41:53 PM | Lynn | James | for the fun |
| 3/2/2007 | 6:42:03 PM | James | Lynn | think u so much i feel very close to you like weve always known each other! |
| 3/2/2007 | 6:44:31 PM | Lynn | James | yeah me to lynn |
| 3/2/2007 | 6:45:14 PM | James | Lynn | does kia live two brothers r sisters/ |
| 3/2/2007 | 6:45:25 PM | Lynn | James | she has a baby brother and sister but the moms sister has them i think |
| 3/2/2007 | 6:45:43 PM | James | Lynn | ok |
| 3/2/2007 | 6:46:05 PM | James | Lynn | will work on them later lol |
| 3/2/2007 | 6:46:07 PM | Lynn | James | ???? |
| 3/2/2007 | 6:46:27 PM | James | Lynn | the baby sister lol will work on her later a few years from now lol |
| 3/2/2007 | 6:47:00 PM | Lynn | James | ok i thought mayb u was meaning soon |
| 3/2/2007 | 6:47:17 PM | James | Lynn | u thinking like me again tho! |
| 3/2/2007 | 6:47:22 PM | Lynn | James | mmmmmmmm |
| 3/2/2007 | 6:47:23 PM | James | Lynn | lol |
| 3/2/2007 | 6:49:21 PM | James | Lynn | im going to free 6 for awhile see u latr ok? |
| 3/2/2007 | 6:50:47 PM | James | Lynn | okay ill be on for 6 ill while i have to go to ocean city maryland for a wedding this weekend i should be back late sunday so have a nice weekend |
| 3/2/2007 | 6:51:24 PM | Lynn | James | and let me know what u find out about the hotel |
| 3/2/2007 | 6:51:35 PM | James | Lynn | ok i will! hope u hve fun! |
| 3/2/2007 | 6:51:45 PM | Lynn | James | ok thanks lynn chat with u soon |
| 3/2/2007 | 6:51:47 PM | James | Lynn | bye James |
| 3/2/2007 | 6:51:49 PM | Lynn | James | good luck on free6 |
| 3/2/2007 | 6:51:54 PM | James | Lynn | bye |
| 3/2/2007 | 6:52:01 PM | Lynn | James | thx |
| 3/2/2007 | 6:52:09 PM | James | Lynn | k bye |
| 3/2/2007 | | Lynn | James | bye! |
| 3/11/2007 | 9:49:08 PM | Lynn | James | yes |
| 3/4/2007 | 5:55:18 PM | James | Lynn | hi james i hve ran into a problem ill b bac on around 7:30 pm Lynn |
| 3/5/2007 | 1:39:28 PM | James | Lynn | hey u on |
| 3/5/2007 | 1:39:37 PM | James | Lynn | hi |
| 3/5/2007 | 1:39:44 PM | James | Lynn | how was ur weekend |
| 3/5/2007 | 1:40:50 PM | Lynn | James | ok except i called h in dc an asked rates for 3rd 4th an 5th of april 309.00 dollars per night |
| 3/5/2007 | 1:41:02 PM | James | Lynn | what!! |
| 3/5/2007 | 1:41:06 PM | Lynn | James | damn why so much |
| 3/5/2007 | 1:41:11 PM | James | Lynn | this well i said |
| 3/5/2007 | 1:41:18 PM | Lynn | James | i dont no |
| 3/5/2007 | 1:41:34 PM | James | Lynn | damn maybe because of spring break |
| 3/5/2007 | 1:41:55 PM | Lynn | James | cud u see wat they tell u for those dates? |
| 3/5/2007 | 1:42:18 PM | James | Lynn | yeah let me check gimmie five minutes k |
| 3/5/2007 | 1:45:16 PM | Lynn | James | k |
| 3/5/2007 | 1:46:06 PM | James | Lynn | hey james my boss just called an ive got to go to work. should be bac around 6:00 pm here |
| 3/5/2007 | 1:46:16 PM | Lynn | James | okay kool |
| 3/5/2007 | 1:46:55 PM | James | Lynn | talk to u then ill check and let u know we might have to find another hotel |
| 3/5/2007 | 7:32:01 PM | Lynn | James | hhi i i finally got bac wat did u find out? |
| 3/5/2007 | 7:33:04 PM | James | Lynn | hey well i thin i may have good new the holiday inn is to expensive that week probably because of spring break and the cherry blossom |
| 3/5/2007 | 7:33:32 PM | Lynn | James | wats the good news? |
| 3/5/2007 | 7:33:40 PM | James | Lynn | but there is one that i have used before the super 8 there it is 98.00 for the nights we talked about |
| 3/5/2007 | 7:34:02 PM | Lynn | James | ok |
| 3/5/2007 | 7:34:23 PM | James | Lynn | its on new york avenue nice neighborhood |
| 3/5/2007 | 7:35:06 PM | Lynn | James | sounds ok |
| 3/5/2007 | 7:36:25 PM | James | Lynn | its funny though alot of them went up in price u might want to call to see how many rooms they have because they might book up soon the hotel |
| 3/5/2007 | 7:36:42 PM | Lynn | James | across the street was already booked for those dates damn |

20

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 3/5/2007 | 8:56:37 PM | James | Lynn | mmmmm |
| 3/5/2007 | 8:57:06 PM | Lynn | James | omg |
| 3/5/2007 | 8:57:13 PM | James | Lynn | I am getting to close up the store u gonna be on tomorrow |
| 3/5/2007 | 8:57:57 PM | James | Lynn | b about this time again not sure wen ill go to work tomorrow |
| 3/5/2007 | 8:58:11 PM | Lynn | James | okay kool i look for u then |
| 3/5/2007 | 8:58:14 PM | James | Lynn | u hv a good night |
| 3/5/2007 | 8:58:25 PM | Lynn | James | u to any luck with the 6 yo |
| 3/5/2007 | 8:58:27 PM | James | Lynn | byebay |
| 3/5/2007 | 8:58:42 PM | Lynn | James | no he wouldnt answer me |
| 3/5/2007 | 8:59:07 PM | James | Lynn | ohh with a 10 y.o but she hd to go |
| 3/5/2007 | 8:59:13 PM | James | Lynn | that sucks okay Lynn ill chat with u tomorrow bye :D |
| 3/5/2007 | 8:59:23 PM | Lynn | James | that sucks good luck on there |
| 3/5/2007 | 8:59:30 PM | James | Lynn | bye thnks again! |
| 3/5/2007 | 8:59:42 PM | James | Lynn | no problem cant wait chat soon |
| 3/6/2007 | 6:30:47 PM | Lynn | James | hello |
| 3/6/2007 | 10:50:08 PM | James | Lynn | hey lynn |
| 3/6/2007 | 10:50:28 PM | James | Lynn | u on |
| 3/6/2007 | 10:50:38 PM | Lynn | James | partly |
| 3/6/2007 | 10:51:08 PM | Lynn | James | kool got tied up today one of my guys decided not to come to work pissed me off |
| 3/6/2007 | 10:51:34 PM | James | Lynn | yea tht happens |
| 3/6/2007 | 10:51:43 PM | Lynn | James | hows ur day been |
| 3/6/2007 | 10:51:55 PM | Lynn | James | good |
| 3/6/2007 | 10:52:02 PM | James | Lynn | good |
| 3/6/2007 | 10:52:29 PM | Lynn | James | u on free 6 |
| 3/6/2007 | 10:52:49 PM | James | Lynn | no it workn |
| 3/6/2007 | 10:52:59 PM | James | Lynn | damn |
| 3/6/2007 | 10:53:25 PM | Lynn | James | did u find out if u could get off work |
| 3/6/2007 | 10:54:13 PM | James | Lynn | james im sory thought i was ohtn with someone else yes i can get off |
| 3/6/2007 | 10:54:24 PM | Lynn | James | lol |
| 3/6/2007 | 10:54:25 PM | James | Lynn | kool |
| 3/6/2007 | 10:55:09 PM | Lynn | James | yea is this a dream????? is it really gonna hppen? |
| 3/6/2007 | 10:55:42 PM | James | Lynn | yes it is and i cant wait either the excitement is killing me |
| 3/6/2007 | 10:55:52 PM | Lynn | James | me too |
| 3/6/2007 | 10:56:28 PM | Lynn | James | win u gonna see kia? |
| 3/6/2007 | 10:57:06 PM | James | Lynn | i might wait until u come by but i will stay in touch with her mom |
| 3/6/2007 | 10:57:23 PM | James | Lynn | kool |
| 3/6/2007 | 10:57:42 PM | Lynn | James | yeah free6 is down sucks no ilil pussies lol |
| 3/6/2007 | 10:57:58 PM | James | Lynn | yea i miss it |
| 3/6/2007 | 10:58:16 PM | Lynn | James | i know it fucks up every now and then |
| 3/6/2007 | 10:58:39 PM | James | Lynn | yea i was hven trobble with it yesterday |
| 3/6/2007 | 10:58:53 PM | Lynn | James | yeah me to but then it was fine |
| 3/6/2007 | 10:59:23 PM | Lynn | James | hve u evr shrd kia before? |
| 3/6/2007 | 10:59:38 PM | James | Lynn | nope |
| 3/6/2007 | 11:00:09 PM | James | Lynn | cool i so ready |
| 3/6/2007 | 11:00:13 PM | James | Lynn | mmmmmm |
| 3/6/2007 | 11:00:27 PM | James | Lynn | yesssssss |
| 3/6/2007 | 11:00:32 PM | Lynn | James | very excited about ifeel real comfortablw with u |
| 3/6/2007 | 11:00:43 PM | James | Lynn | same here! |
| 3/6/2007 | 11:00:49 PM | Lynn | James | mmmmmm good |
| 3/6/2007 | 11:01:13 PM | Lynn | James | the vibes between us r strange!!!! |
| 3/6/2007 | 11:01:23 PM | James | Lynn | lol |
| 3/6/2007 | 11:01:37 PM | James | Lynn | i know its is strange but good |

23

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 3/6/2007 | 11:01:43 PM | james | Lynn | we think alike |
| 3/6/2007 | 11:01:45 PM | Lynn | james | mmmmm |
| 3/6/2007 | 11:01:49 PM | james | Lynn | i cant wait to meet u |
| 3/6/2007 | 11:02:07 PM | Lynn | james | me either the 3rd can get here soon enough |
| 3/6/2007 | 11:04:05 PM | james | Lynn | i wud kinda like to see some things around dc do u think i cud go with u an amanda an see some sites thursday |
| 3/6/2007 | 11:04:50 PM | james | Lynn | yeah there are alot of kool places to go that way she will get to know u |
| 3/6/2007 | 11:05:07 PM | Lynn | james | this wat i was thinkn |
| 3/6/2007 | 11:05:10 PM | james | Lynn | but i still need to find something that will put her out so we can even have more fun that night |
| 3/6/2007 | 11:05:51 PM | Lynn | james | im going to find something |
| 3/6/2007 | 11:06:26 PM | james | Lynn | we just have to make sure that she doesnt get sore down there |
| 3/6/2007 | 11:06:29 PM | james | Lynn | u know |
| 3/6/2007 | 11:06:35 PM | Lynn | james | yea |
| 3/6/2007 | 11:06:54 PM | Lynn | james | mayb some pot? |
| 3/6/2007 | 11:07:10 PM | Lynn | james | she would tell |
| 3/6/2007 | 11:07:10 PM | james | Lynn | i not evr use it hve u? |
| 3/6/2007 | 11:07:18 PM | james | Lynn | ok |
| 3/6/2007 | 11:07:19 PM | Lynn | james | a long time ago never liked it |
| 3/6/2007 | 11:07:29 PM | Lynn | james | made my lungs hurt |
| 3/6/2007 | 11:07:40 PM | james | Lynn | i think put her to sleep probably best |
| 3/6/2007 | 11:08:01 PM | Lynn | james | i was thinking either the pills like u said or put some grain alcochol in a drink |
| 3/6/2007 | 11:08:06 PM | Lynn | james | me to |
| 3/6/2007 | 11:08:22 PM | james | Lynn | r alcohol but she might tell tht to |
| 3/6/2007 | 11:08:46 PM | Lynn | james | yeah but if she cant taste it |
| 3/6/2007 | 11:08:48 PM | james | Lynn | but that is a risk |
| 3/6/2007 | 11:08:58 PM | james | Lynn | knock out pill would be the best |
| 3/6/2007 | 11:09:20 PM | james | Lynn | tht idea? jus tell her new drink tht ampill should work |
| 3/6/2007 | 11:09:43 PM | Lynn | james | mmmm |
| 3/6/2007 | 11:10:06 PM | james | Lynn | damn this is so exciting my dick is starting to get hard |
| 3/6/2007 | 11:10:09 PM | Lynn | james | i will hve som fruit juices with me! |
| 3/6/2007 | 11:10:20 PM | Lynn | james | mmmmmm nice |
| 3/6/2007 | 11:10:33 PM | Lynn | james | mmmmmmmmm |
| 3/6/2007 | 11:10:35 PM | james | Lynn | u find out how far the drive is going take |
| 3/6/2007 | 11:10:48 PM | Lynn | james | not yet will tomorrow |
| 3/6/2007 | 11:10:54 PM | Lynn | james | kool |
| 3/6/2007 | 11:11:21 PM | james | Lynn | shouldnt be a bad drive should be pretty |
| 3/6/2007 | 11:12:10 PM | Lynn | james | yea i may leave sunday night depends on how far? |
| 3/6/2007 | 11:12:38 PM | james | Lynn | kool u going to drive straight through |
| 3/6/2007 | 11:12:46 PM | Lynn | james | or depends i guess on how far |
| 3/6/2007 | 11:13:11 PM | james | Lynn | depends on how tired i get |
| 3/6/2007 | 11:13:40 PM | Lynn | james | yeah i can go for about eight then i start getting tired ive gone to florida a few times |
| 3/6/2007 | 11:14:16 PM | Lynn | james | camry gets uncomfortable lol |
| 3/6/2007 | 11:14:42 PM | Lynn | james | i drove frm dc all the way to ark once stopped an slept for while ea aftr i got to ark> |
| 3/6/2007 | 11:15:17 PM | james | Lynn | damn u must be used to driving i dont think i could do that drive all at once |
| 3/6/2007 | 11:15:57 PM | Lynn | james | i lve to drive give me som good music an i can sing my way there |
| 3/6/2007 | 11:16:27 PM | james | Lynn | kool and sniff the panties the whole way back lol |
| 3/6/2007 | 11:17:35 PM | Lynn | james | u got it can u get me 2-4 of both girls? especially amanda cause she will taste soooo goooo! |
| 3/6/2007 | 11:17:45 PM | james | Lynn | mmmmmmmmmm |
| 3/6/2007 | 11:18:20 PM | Lynn | james | yes i will have a few from some freinds kids that i have taken from their rooms got em in my trunk |
| 3/6/2007 | 11:18:48 PM | Lynn | james | mmmmm |
| 3/6/2007 | 11:19:26 PM | james | Lynn | kool |
| 3/6/2007 | 11:19:26 PM | james | Lynn | ive worn the good smell out of them lol |
| 3/6/2007 | 11:19:39 PM | Lynn | james | u ever got the chance to take any panties |

24

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 3/12/2007 | 6:31:16 AM | james | Lynn | yes just need to get those pills we were talking about and im still thinking about the grain alcohol |
| 3/12/2007 | 6:32:10 AM | Lynn | james | i meant to go to wal mart and get those an i forgot but i will get by the way we got some vaseline u want me to bring it? |
| 3/12/2007 | 6:32:46 AM | james | Lynn | yes i have some to but u can never have enough |
| 3/12/2007 | 6:33:19 AM | Lynn | james | we want to be surw we have plenty this is big jar never used |
| 3/12/2007 | 6:33:26 AM | james | Lynn | mmmmmm |
| 3/12/2007 | 6:33:30 AM | Lynn | james | mmmmmm |
| 3/12/2007 | 6:34:00 AM | james | Lynn | nice good |
| 3/12/2007 | 6:34:06 AM | james | Lynn | gosh i can feel those sweet pussies now!!!!!mmmmmmmmmmmmmmmmmmm |
| 3/12/2007 | 6:34:08 AM | james | Lynn | dont forget those movies to if u dont mind the younger the better :D |
| 3/12/2007 | 6:34:09 AM | james | Lynn | mmmmmmmm |
| 3/12/2007 | 6:34:29 AM | james | Lynn | yesssssss |
| 3/12/2007 | 6:34:37 AM | james | Lynn | ive got u a bunch already pics an vids |
| 3/12/2007 | 6:34:53 AM | Lynn | james | kool thanks |
| 3/12/2007 | 6:35:19 AM | james | Lynn | r u going to have ur comp with u at motel? |
| 3/12/2007 | 6:35:40 AM | Lynn | james | yes i plan on bringing it i wanted to show kia some of the movies |
| 3/12/2007 | 6:35:53 AM | james | Lynn | good thats what i was thinking |
| 3/12/2007 | 6:35:56 AM | james | Lynn | there we go thinking alike again |
| 3/12/2007 | 6:35:57 AM | james | Lynn | lol |
| 3/12/2007 | 6:39:42 AM | james | Lynn | i know |
| 3/12/2007 | 6:40:00 AM | james | Lynn | u no another thing we might cud do is ask amanda if she could keep a secret that she could never tell anyone and show her the vids? |
| 3/12/2007 | 6:37:19 AM | james | Lynn | i was thinking about that to thats why i was thinking about getting her the grain alcohol because she might forget |
| 3/12/2007 | 6:38:11 AM | james | Lynn | cool again we did it? its so unreal how we think alike! kinda scary! lol |
| 3/12/2007 | 6:38:53 AM | james | Lynn | it is scary lol |
| 3/12/2007 | 6:39:15 AM | james | Lynn | yea i cant wait to meet u! its crazy feeling! |
| 3/12/2007 | 6:39:42 AM | james | Lynn | im very excited and cant wait to meet u to |
| 3/12/2007 | 6:40:25 AM | james | Lynn | it is going to be 3 fun filled days! |
| 3/12/2007 | 6:40:29 AM | james | Lynn | mmmmmmmm |
| 3/12/2007 | 6:40:30 AM | Lynn | james | yes |
| 3/12/2007 | 6:40:57 AM | james | Lynn | i giure that befor u leave ill give u my number so we can stay in touch in case u get lost |
| 3/12/2007 | 6:41:00 AM | Lynn | james | it sure is going slow now |
| 3/12/2007 | 6:41:08 AM | james | Lynn | i know |
| 3/12/2007 | 6:41:42 AM | Lynn | james | yes that is a good idea go ahead an give me now an i will put in my cell phone |
| 3/12/2007 | 6:41:51 AM | Lynn | james | okay kool |
| 3/12/2007 | 6:42:19 AM | james | Lynn | 571-2441005 |
| 3/12/2007 | 6:42:32 AM | james | Lynn | can i have yours so i can put it in mine |
| 3/12/2007 | 6:43:00 AM | Lynn | james | can i call u now? 5013177217 |
| 3/12/2007 | 6:43:13 AM | james | Lynn | yeah let me make sure it is charged |
| 3/12/2007 | 6:44:30 AM | james | Lynn | hang on give me a few |
| 3/12/2007 | 6:44:31 AM | james | Lynn | kool |
| 3/12/2007 | 6:44:38 AM | james | Lynn | k |
| 3/12/2007 | 6:46:07 AM | Lynn | james | my last name is shepard wats urs |
| 3/12/2007 | 6:46:15 AM | Lynn | james | waiting for some privacy hang on |
| 3/12/2007 | 6:46:17 AM | Lynn | james | poole |
| 3/12/2007 | 6:49:01 AM | james | Lynn | u working this early |
| 3/12/2007 | 6:49:15 AM | james | Lynn | no couldnt sleep |
| 3/12/2007 | 6:49:47 AM | Lynn | james | me either |
| 3/12/2007 | 6:50:11 AM | james | Lynn | had to come in early im going to call is that okay |
| 3/12/2007 | 6:50:33 AM | james | Lynn | yes |
| 3/12/2007 | 7:11:34 AM | james | Lynn | james does kia fuk anyone else u no off? |
| 3/12/2007 | 7:11:49 AM | Lynn | james | nope just me |
| 3/12/2007 | 7:11:56 AM | Lynn | james | that i know of |
| 3/12/2007 | 7:12:28 AM | Lynn, | james | cool i jus wondered if her mom might sell her to other guys? |
| 3/12/2007 | 7:12:41 AM | james | Lynn | nope just me |

# EXHIBIT 2

Search: [                    ] Go

   

| About CSOM | OJP Grant Sites | Activities | Contact CSOM | Training Curricula |
| Calendar | What's New | CSOM Documents | Other Resources | Related Links |



## CSOM DOCUMENTS

### Myths and Facts About Sex Offenders
**August 2000**

*There are many misconceptions about sexual offenses, sexual offense victims, and sex offenders in our society. Much has been learned about these behaviors and populations in the past decade and this information is being used to develop more effective criminal justice interventions throughout the country. This document serves to inform citizens, policy makers, and practitioners about sex offenders and their victims, addressing the facts that underlie common assumptions both true and false in this rapidly evolving field.*

---

# Myth:
"Most sexual assaults are committed by strangers."

# Fact:
Most sexual assaults are committed by someone known to the victim or the victim's family, regardless of whether the victim is a child or an adult.

*Adult Victims:*

Statistics indicate that the majority of women who have been raped know their assailant. A 1998 National Violence Against Women Survey revealed that among those women who reported being raped, 76% were victimized by a current or former husband, live-in partner, or date (Tjaden and Thoennes, 1998). Also, a Bureau of Justice Statistics study found that nearly 9 out of 10 rape or sexual assault victimizations involved a single offender with whom the victim had a prior relationship as a family member, intimate, or acquaintance (Greenfeld, 1997).

*Child Victims:*

Approximately 60% of boys and 80% of girls who are sexually victimized are abused by someone known to the child or the child's family (Lieb, Quinsey, and Berliner, 1998). Relatives, friends, baby-sitters, persons in positions of

authority over the child, or persons who supervise children are more likely than strangers to commit a sexual assault.

# Myth:

"The majority of sexual offenders are caught, convicted, and in prison."

# Fact:

Only a fraction of those who commit sexual assault are apprehended and convicted for their crimes. Most convicted sex offenders eventually are released to the community under probation or parole supervision.

Many women who are sexually assaulted by intimates, friends, or acquaintances do not report these crimes to police. Instead, victims are most likely to report being sexually assaulted when the assailant is a stranger, the victim is physically injured during the assault, or a weapon is involved in the commission of the crime.

A 1992 study estimated that only 12% of rapes were reported (Kilpatrick, Edmunds, and Seymour, 1992). The National Crime Victimization Surveys conducted in 1994, 1995, and 1998 indicate that only 32% of sexual assaults against persons 12 or older were reported to law enforcement. (No current studies indicate the rate of reporting for child sexual assault, although it generally is assumed that these assaults are equally under-reported.) The low rate of reporting leads to the conclusion that the approximate 265,000 convicted sex offenders under the authority of corrections agencies in the United States (Greenfeld, 1997) represent less than 10% of all sex offenders living in communities nationwide.

While sex offenders constitute a large and increasing population of prison inmates, most are eventually released to the community. Some 60% of those 265,000 convicted sex offenders noted above were supervised in the community, whether directly following sentencing or after a term of incarceration in jail or prison. Short of incarceration, supervision allows the criminal justice system the best means to maintain control over offenders, monitor their residence, and require them to work and participate in treatment. As a result, there is a growing interest in providing community supervision for this population as an effective means of reducing the threat of future victimization.

# Myth:

"Most sex offenders reoffend."

# Fact:

Reconviction data suggest that this is not the case. Further, reoffense rates vary among different types of sex offenders and are related to specific characteristics of the offender and the offense.

Persons who commit sex offenses are not a homogeneous group, but instead fall into several different categories. As a result, research has identified significant differences in reoffense patterns from one category to another. Looking at reconviction rates alone, one large-scale analysis (Hanson and Bussiere, 1998) reported the following differences:

- child molesters had a 13% reconviction rate for sexual offenses and a 37% reconviction rate for new, non-sex offenses over a five year period; and
- rapists had a 19% reconviction rate for sexual offenses and a 46% reconviction rate for new, non-sexual offenses over a five year period.

Another study found reconviction rates for child molesters to be 20% and for rapists to be approximately 23% (Quinsey, Rice, and Harris, 1995).

Individual characteristics of the crimes further distinguish recidivism rates. For instance, victim gender and relation to the offender have been found to impact recidivism rates. In a 1995 study, researchers found that offenders who had extrafamilial female victims had a recidivism rate of 18% and those who had extrafamilial male victims recidivated at a rate of 35%. This same study found a recidivism rate for incest offenders to be approximately 9% (Quinsey, Rice, and Harris, 1995).

It is noteworthy that recidivism rates for sex offenders are lower than for the general criminal population. For example, one study of 108,580 non-sex criminals released from prisons in 11 states in 1983 found that nearly 63% were rearrested for a non-sexual felony or serious misdemeanor within three years of their release from incarceration; 47% were reconvicted; and 41% were ultimately returned to prison or jail (Bureau of Justice Statistics).

It is important to note that not all sex crimes are solved or result in arrest and only a fraction of sex offenses are reported to police. The reliance on measures of recidivism as reflected through official criminal

justice system data (i.e., rearrest or reconviction rates) obviously omits offenses that are not cleared through an arrest (and thereby cannot be attributed to any individual offender) or those that are never reported to the police. For a variety of reasons, many victims of sexual assault are reluctant to invoke the criminal justice process and do not report their victimization to the police. For these reasons, relying on rearrest and reconviction data underestimates actual reoffense numbers.

---

# Myth:
"Sexual offense rates are higher than ever and continue to climb."

# Fact:
Despite the increase in publicity about sexual crimes, the actual rate of reported sexual assault has decreased slightly in recent years.

The rate of reported rape among women decreased by 10% from 1990 to 1995 (80 per 100,000 compared to 72 per 100,000) (Greenfeld, 1997). In 1995, 97,460 forcible rapes were reported to the police nationwide, representing the lowest number of reported rapes since 1989.

More recently, when examining slightly different measures, it appears that rates have continued to drop. The arrest rate for all sexual offenses (including forcible rape and excluding prostitution) dropped 16% between 1993 and 1998. In 1998, 82,653 arrests were logged for all sexual offenses, compared to 97,955 arrests in 1993 (Federal Bureau of Investigations, 1997 and 1998).

---

# Myth:
"All sex offenders are male."

# Fact:
The vast majority of sex offenders are male. However, females also commit sexual crimes.

In 1994, less than 1% of all incarcerated rape and sexual assault offenders were female (fewer than 800 women) (Greenfeld, 1997). By 1997, however, 6,292 females had been arrested for forcible rape or

other sex offenses, constituting approximately 8% of all rape and sexual assault arrests for that year (FBI, 1997). Additionally, studies indicate that females commit approximately 20% of sex offenses against children (ATSA, 1996). Males commit the majority of sex offenses but females commit some, particularly against children.

---

# Myth:

"Sex offenders commit sexual crimes because they are under the influence of alcohol."

# Fact:

It is unlikely that an individual who otherwise would not commit a sexual assault would do so as a direct result of excessive drinking.

Annual crime victim reports indicate that approximately 30% of all reported rapes and sexual assaults involve alcohol use by the offender (Greenfeld, 1998). Alcohol use, therefore, may increase the likelihood that someone already predisposed to commit a sexual assault will act upon those impulses. However, excessive alcohol use is not a primary precipitant to sexual assaults.

---

# Myth:

"Children who are sexually assaulted will sexually assault others when they grow up."

# Fact:

Most sex offenders were not sexually assaulted as children and most children who are sexually assaulted do not sexually assault others.

Early childhood sexual victimization does not automatically lead to sexually aggressive behavior. While sex offenders have higher rates of sexual abuse in their histories than expected in the general population, the majority were not abused. Among adult sex offenders, approximately 30% have been sexually abused. Some types of offenders, such as those who sexually offend against young boys, have still higher rates of child sexual abuse in their histories (Becker and Murphy, 1998).

While past sexual victimization can *increase the likelihood* of sexually aggressive behavior, most children who were sexually victimized never perpetrate against others.

---

# Myth:

"Youths do not commit sex offenses."

# Fact:

Adolescents are responsible for a significant number of rape and child molestation cases each year.

Sexual assaults committed by youth are a growing concern in this country. Currently, it is estimated that adolescents (ages 13 to 17) account for up to one-fifth of all rapes and one-half of all cases of child molestation committed each year (Barbaree, Hudson, and Seto, 1993). In 1995, youth were involved in 15% of all forcible rapes cleared by arrest—approximately 18 adolescents per 100,000 were arrested for forcible rape. In the same year, approximately 16,100 adolescents were arrested for sexual offenses, excluding rape and prostitution (Sickmund, Snyder, Poe-Yamagata, 1997).

The majority of these incidents of sexual abuse involve adolescent male perpetrators. However, prepubescent youths also engage in sexually abusive behaviors.

---

# Myth:

"Juvenile sex offenders typically are victims of child sexual abuse and grow up to be adult sex offenders."

# Fact:

Multiple factors, not just sexual victimization as a child, are associated with the development of sexually offending behavior in youth.

Recent studies show that rates of physical and sexual abuse vary widely for adolescent sex offenders; 20 to 50% of these youth experienced physical abuse and approximately 40 to 80% experienced sexual abuse (Hunter and Becker, 1998). While many adolescents who

commit sexual offenses have histories of being abused, the majority of these youth do not become adult sex offenders (Becker and Murphy, 1998). Research suggests that the age of onset and number of incidents of abuse, the period of time elapsing between the abuse and its first report, perceptions of how the family responded to the disclosure of abuse, and exposure to domestic violence all are relevant to why some sexually abused youths go on to sexually perpetrate while others do not (Hunter and Figueredo, in press).

---

# Myth:
"Treatment for sex offenders is ineffective."

# Fact:
Treatment programs can contribute to community safety because those who attend and cooperate with program conditions are less likely to re-offend than those who reject intervention.

The majority of sex offender treatment programs in the United States and Canada now use a combination of cognitive-behavioral treatment and relapse prevention (designed to help sex offenders maintain behavioral changes by anticipating and coping with the problem of relapse). Offense specific treatment modalities generally involve group and/or individual therapy focused on victimization awareness and empathy training, cognitive restructuring, learning about the sexual abuse cycle, relapse prevention planning, anger management and assertiveness training, social and interpersonal skills development, and changing deviant sexual arousal patterns.

Different types of offenders typically respond to different treatment methods with varying rates of success. Treatment effectiveness is often related to multiple factors, including:

- the type of sexual offender (e.g., incest offender or rapist);
- the treatment model being used (e.g., cognitive-behavioral, relapse prevention, psycho-educational, psycho-dynamic, or pharmacological);
- the treatment modalities being used; and
- related interventions involved in probation and parole community supervision.

Several studies present optimistic conclusions about the effectiveness of treatment programs that are empirically based, offense-specific, and comprehensive (Lieb, Quinsey, and Berliner, 1998). The only meta-

analysis of treatment outcome studies to date has found a small, yet significant treatment effect—an 8% reduction in the recidivism rate for offenders who participated in treatment (Hall, 1995). Research also demonstrates that sex offenders who fail to complete treatment programs are at increased risk for both sexual and general recidivism (Hanson and Bussiere, 1998).

---

# Myth:

"The cost of treating and managing sex offenders in the community is too high—they belong behind bars."

# Fact:

One year of intensive supervision and treatment in the community can range in cost between $5,000 and $15,000 per offender, depending on treatment modality. The average cost for incarcerating an offender is significantly higher, approximately $22,000 per year, excluding treatment costs.

As noted previously, effective sex offender specific treatment interventions can reduce sexual offense recidivism by 8%. Given the tremendous impact of these offenses on their victims, any reduction in the reoffense rates of sex offenders is significant.

Without the option of community supervision and treatment, the vast majority of incarcerated sex offenders would otherwise serve their maximum sentences and return to the community without the internal (treatment) and external (supervision) controls to effectively manage their sexually abusive behavior. Managing those offenders who are amenable to treatment and can be supervised intensively in the community following an appropriate term of incarceration can serve to prevent future victimization while saving taxpayers substantial imprisonment costs (Lotke, 1996).

---

# Statistics and Characteristics of Adult and Juvenile Sex Offenders

### Sexual assault statistics:

- 1995 estimates indicate that 260,300 rapes and attempted rapes and nearly 95,000 sexual assaults and threats of sexual assault were committed against persons 12 years of age or older (Greenfeld, 1997).
- In 1998, 20,608 arrests were made for forcible rape and 62,045 arrests were made for other sexual offenses (FBI, 1998).
- 43% of all rapes/sexual assaults occur between 6 p.m. and midnight.
- Six out of every 10 rapes/sexual assaults occur in the homes of victims, family members, or friends (Greenfeld, 1997).
- Sexual assault victimizations are highest among young adults between the ages of 16 and 19, low income individuals, and urban residents (Greenfeld, 1997).

## Criminal history characteristics of adult sex offenders:

- In 1994, it was estimated that 12% of imprisoned violent sex offenders had a prior conviction for rape or sexual assault, while 61% had a prior felony conviction for other crimes (Greenfeld, 1997).
- In 1997, approximately 234,000 convicted sex offenders were under the care, custody or control of corrections agencies on an average day. Nearly 60% were under conditional supervision in the community (Greenfeld, 1997). By 1998, this number grew to 265,000.

## Characteristics of juvenile sex offenders:

- Juvenile sex offenders are typically between the ages of 13 and 17.
- They are generally male.
- 30-60% exhibit learning disabilities and academic dysfunction.
- Up to 80% have a diagnosable psychiatric disorder.
- Many have difficulties with impulse control and judgment.
- 20-50% have histories of physical abuse.
- 40-80% have histories of sexual abuse.

---

# Acknowledgments

The Center for Sex Offender Management (CSOM) would like to thank Rob Freeman-Longo for principal authorship of this brief. We would also like to thank Donna Reback for her contributions to this document. Kristin Littel and Scott Matson edited the document.

# Contact

Center for Sex Offender Management
8403 Colesville Rd., Suite 720
Silver Spring, MD 20910
Phone: (301) 589-9383
Fax: (301) 589-3505
E-mail: askcsom@csom.org
Internet: www.csom.org

## References

Association for the Treatment of Sexual Abusers, "Reducing Sexual Abuse through Treatment and Intervention with Abusers," Policy and Position Statement (Beaverton, OR, 1996).

Barbaree, H., Hudson, S., and Seto, M., "Sexual Assault in Society: The Role of the Juvenile Offender," in H. Barbaree, W. Marshall, and S. Hudson (Eds.), The Juvenile Sex Offender (1993): 10-11.

Becker, J. and Murphy, W., "What We Know and Don't Know about Assessing and Treating Sex Offenders," Psychology, Public Policy and Law 4 (1998): 116-137.

Bureau of Justice Statistics, "Criminal Offender Statistics: Summary Findings," available on BJS website (www.ojp.usdoj.gov/bjs).

Center for Sex Offender Management, "Understanding Juvenile Sexual Offending Behavior: Emerging Research, Treatment Approaches, and Management Practices" (Silver Spring, MD, 2000).

Federal Bureau of Investigations, "Uniform Crime Reports for the United States, 1997," U.S. Department of Justice, Washington, DC.

Federal Bureau of Investigations, "Uniform Crime Reports for the United States, 1998," U.S. Department of Justice, Washington, DC.

Greenfeld, L., "Sex Offenses and Offenders: An Analysis of Data on Rape and Sexual Assault," U.S. Department of Justice, Bureau of Justice Statistics (Washington, DC, 1997).

Greenfeld, L., "Alcohol and Crime: An Analysis of National Data on the Prevalence of Alcohol Involvement in Crime," National Symposium on Alcohol Abuse and Crime, U.S. Department of Justice, Bureau of Justice Statistics (Washington, DC, April 5-7, 1998).

Hall, G.C.N., "Sex Offender Recidivism Revisited: A Meta-Analysis of Recent Treatment Studies," Journal of Consulting and Clinical Psychology 63 (1995): 802-809.

Hanson, R. and Bussiere, M., "Predicting Relapse: A Meta-Analysis of Sexual Offender Recidivism Studies," Journal of Consulting and Clinical Psychology 66 (1998): 348-364.

Hunter, J. and Becker, J., "Motivators of Adolescent Sex Offenders and Treatment Perspectives," in J. Shaw (Ed.), Sexual Aggression, American Psychiatric Press, Inc. (Washington, DC, 1998).

Hunter, J. and Figueredo, A., "The Influence of Personality and History of Sexual Victimization in the Prediction of Offense Characteristics of Juvenile Sex Offenders," Behavior Modification (in press).

Kilpatrick, D., Edmunds, C., and Seymour, A., "Rape in America: A Report to the Nation," National Victim Center (Arlington, VA, 1992).

Lieb, R., Quinsey, V., and Berliner, L., "Sexual Predators and Social Policy," in M. Tonry (Ed.), Crime and Justice (University of Chicago, 1998): 43-114.

Lotke, E., "Sex Offenders: Does Treatment Work?" Corrections Compendium 21 (1996).

Quinsey, V., Rice, M., and Harris, G., "Actuarial Prediction of Sexual Recidivism," Journal of Interpersonal Violence 10 (1995): 85-105.

Sickmund, M., Snyder, H., and Poe-Yamagata, E., "Juvenile Offenders and Victims: 1997 Update on Violence," Office of Juvenile Justice and Delinquency Prevention (Washington, DC, 1997).

Tjaden, P. and Thoennes, N., "Prevalence, Incidence, and Consequences of Violence Against Women: Findings from the National Violence Against Women Survey," U.S. Department of Justice, National Institute of Justice (Washington, DC, 1998).

---

*Established in June 1997, CSOM's goal is to enhance public safety by preventing further victimization through improving the management of adult and juvenile sex offenders who are in the community. A collaborative effort of the Office of Justice Programs, the National Institute of Corrections, and the State Justice Institute, CSOM is administered by the Center for Effective Public Policy and the American Probation and Parole Association.*

*This project was supported by Grant No. 97-WT-VX-K007, awarded by the Office of Justice Programs, U.S. Department of Justice. Points of view in this document are those of the authors and do not necessarily represent the official position or policies of the U.S. Department of Justice.*

**Back to CSOM Publications**

**Home**

Site Map | AskCSOM@CSOM.org | Home
Disclaimers | Freedom of Information Act
Mailing List | Privacy Statement

This page was updated on 3/11/2003

# EXHIBIT 3

**U.S. Department of Justice**
Office of Justice Programs



## Bureau of Justice Statistics

# Recidivism of Sex Offenders Released from Prison in 1994

Offender characteristics

Sentences and criminal records

Comparisons to other offenders

Rearrests and reconvictions

Rearrests for sex crimes against children

**U.S. Department of Justice**
Office of Justice Programs
Bureau of Justice Statistics



# Recidivism of Sex Offenders Released from Prison in 1994

**By Patrick A. Langan, Ph.D.**
**Erica L. Schmitt**
**and Matthew R. Durose**

*Statisticians, Bureau of Justice Statistics*

**November 2003, NCJ 198281**

**U.S. Department of Justice**
Office of Justice Programs
*Bureau of Justice Statistics*

Lawrence A. Greenfeld, Director

Patrick A. Langan, Erica L. Schmitt,
and Matthew R. Durose, all BJS statis-
ticians, wrote this report. Carolyn
Williams and Tom Hester edited and
produced it.

November 2003, NCJ 198281

**Introduction and highlights**

## Introduction

In 1994, prisons in 15 States released 9,691 male sex offenders. The 9,691 men are two-thirds of all the male sex offenders released from State prisons in the United States in 1994. This report summarizes findings from a survey that tracked the 9,691 for 3 full years after their release. The report documents their "recidivism," as measured by rates of rearrest, reconviction, and reimprisonment during the 3-year followup period.

This report gives recidivism rates for the 9,691 combined total. It also separates the 9,691 into four overlapping categories and gives recidivism rates for each category:

• 3,115 released rapists

• 6,576 released sexual assaulters

• 4,295 released child molesters

• 443 released statutory rapists.

The 9,691 sex offenders were released from State prisons in these 15 States: Arizona, Maryland, North Carolina, California, Michigan, Ohio, Delaware, Minnesota, Oregon, Florida, New Jersey, Texas, Illinois, New York, and Virginia.

## Highlights

The 15 States in the study released 272,111 prisoners altogether in 1994. Among the 272,111 were 9,691 men whose crime was a sex offense (3.6% of releases).

On average the 9,691 sex offenders served 3½ years of their 8-year sentence (45% of the prison sentence) before being released in 1994.

*Rearrest for a new sex crime*

Compared to non-sex offenders released from State prisons, released sex offenders were 4 times more likely to be rearrested for a sex crime. Within the first 3 years following their release from prison in 1994, 5.3% (517 of the 9,691) of released sex offenders were rearrested for a sex crime. The rate for the 262,420 released non-sex offenders was lower, 1.3% (3,328 of 262,420).

The first 12 months following their release from a State prison was the period when 40% of sex crimes were allegedly committed by the released sex offenders.

Recidivism studies typically find that, the older the prisoner when released, the lower the rate of recidivism. Results reported here on released sex offenders did not follow the familiar pattern. While the lowest rate of rearrest for a sex crime (3.3%) did belong to the oldest sex offenders (those age 45 or older), other comparisons between older and younger prisoners did not consistently show older prisoners' having the lower rearrest rate.

The study compared recidivism rates among prisoners who served different lengths of time before being released from prison in 1994. No clear association was found between how long they were in prison and their recidivism rate.

Before being released from prison in 1994, most of the sex offenders had been arrested several times for different types of crimes. The more prior arrests they had, the greater their likelihood of being rearrested for another sex crime after leaving prison. Released sex offenders with 1 prior arrest (the arrest for the sex crime for which they were imprisoned) had the lowest rearrest rate for a sex crime, about 3%; those with 2 or 3 prior arrests for some type of crime, 4%; 4 to 6 prior arrests, 6%; 7 to 10 prior arrests, 7%; and 11 to 15 prior arrests, 8%.

*Rearrest for a sex crime against a child*

The 9,691 released sex offenders included 4,295 men who were in prison for child molesting.

Of the children these 4,295 men were imprisoned for molesting, 60% were age 13 or younger.

Half of the 4,295 child molesters were 20 or more years older than the child they were imprisoned for molesting.

On average, the 4,295 child molesters were released after serving about 3 years of their 7-year sentence (43% of the prison sentence).

Compared to the 9,691 sex offenders and to the 262,420 non-sex offenders, released child molesters were more likely to be rearrested for child molesting. Within the first 3 years following release from prison in 1994, 3.3% (141 of 4,295) of released child molesters were rearrested for another sex crime against a child. The rate for all 9,691 sex offenders (a category that includes the 4,295 child molesters) was 2.2% (209 of 9,691). The rate for all 262,420 non-sex offenders was less than half of 1% (1,042 of the 262,420).

Of the approximately 141 children allegedly molested by the child molesters after their release from prison in 1994, 79% were age 13 or younger.

Released child molesters with more than 1 prior arrest for child molesting were more likely to be rearrested for child molesting (7.3%) than released child molesters with no more than 1 such prior arrest (2.4%).

*Rearrest for any type of crime*

Compared to non-sex offenders released from State prison, sex offenders had a lower overall rearrest rate. When rearrests for any type of crime (not just sex crimes) were counted, the study found that 43% (4,163 of 9,691) of the 9,691 released sex offenders were rearrested. The overall rearrest rate for the 262,420 released non-sex offenders was higher, 68% (179,391 of 262,420).

The rearrest offense was a felony for about 75% of the 4,163 rearrested sex offenders. By comparison, 84% of the 179,391 rearrested non-sex offenders were charged by police with a felony.

*Reconviction for a new sex crime*

Of the 9,691 released sex offenders, 3.5% (339 of the 9,691) were reconvicted for a sex crime within the 3-year followup period.

*Reconviction for any type of crime*

Of the 9,691 released sex offenders, 24% (2,326 of the 9,691) were reconvicted for a new offense. The reconviction offense included all types of crimes.

*Returned to prison for any reason*

Within 3 years following their release, 38.6% (3,741) of the 9,691 released sex offenders were returned to prison. They were returned either because they received another prison sentence for a new crime, or because of a technical violation of their parole, such as failing a drug test, missing an appointment with their parole officer, or being arrested for another crime.

# EXHIBIT 4

 **Department of Justice**

STATEMENT

OF

ANDRES E. HERNANDEZ
DIRECTOR OF THE
SEX OFFENDER TREATMENT PROGRAM
FEDERAL CORRECTIONAL INSTITUTION
BUTNER, NC

BEFORE THE

SUBCOMMITTEE ON OVERSIGHT AND INVESTIGATIONS
COMMITTEE ON ENERGY AND COMMERCE
UNITED STATES HOUSE OF REPRESENTATIVES

CONCERNING

"SEXUAL EXPLOITATION OF CHILDREN OVER THE INTERNET: THE FACE
OF A CHILD PREDATOR AND OTHER ISSUES"

PRESENTED ON

SEPTEMBER 26, 2006

**Statement of Andres E. Hernandez**
**Director, Sex Offender Treatment Program**
**Federal Correctional Institution**
**Butner, NC**
**Before the Subcommittee on Oversight and Investigations**
**Committee on Energy and Commerce**
**United States House of Representatives**
**September 26, 2006**

Good Morning Chairman Whitfield and Members of the Subcommittee. I appreciate

the opportunity to appear before you today to discuss a variety of issues regarding the sexual

exploitation of children over the Internet as it pertains to the Federal Bureau of Prisons

(BOP). I serve as the Director of the Sex Offender Treatment Program in Butner, North

Carolina. I have held this position since 1997. Prior to my employment with the Bureau of

Prisons, I worked as an Assistant Professor for the Department of Psychiatry and Behavioral

Sciences at Baylor College of Medicine, where I also completed an internship and post-

doctoral fellowship specializing in the evaluation and treatment of sex offenders. I have

worked in the field of sex offender treatment since 1992.

The BOP made a commitment to the psychological treatment of sex offenders in

1990, when the population of sex offenders in the Bureau of Prisons represented less than 1%

of all federal inmates. Since that time, the proportion of sex offenders has more than

doubled. Today, the population of sex offenders in the BOP is over 12,000. This figure

includes those serving a term of confinement due to a sex offense and those with a prior

history of sexual offending. A significant number of sex offenders in federal custody are

convicted of Internet-related sexual offenses.

As the federal sex offender population has increased, the BOP expanded the treatment

capacity somewhat. Today, the Sex Offender Treatment Program (SOTP) has 112 beds at the

Federal Correctional Institution (FCI) in Butner, North Carolina. The Sex Offender

1

Management Program (SOMP), established in 2003 at the Federal Medical Center in Devens,

Massachusetts, serves nearly 400 sex offenders by providing risk assessment and

management services. Consistent with recently enacted legislation, the BOP is actively

working to expand sex offender services by implementing additional SOMPs and SOTPs, as

well as a forensic evaluation service.

### Overview of the Sex Offender Treatment Program at FCI Butner, NC

The Sex Offender Treatment Program was established in 1990 at FCI Butner, North

Carolina, but it was substantially revised and reorganized in 1997. It is a voluntary,

residential therapeutic program that employs cognitive-behavioral and relapse prevention

techniques to treat and manage male sexual offenders. The primary goal of the SOTP is to

help offenders manage their sexual deviance in an effort to reduce sexual recidivism. The

treatment program encourages its participants to change their criminal lifestyle and become

honest, responsible, and law-abiding citizens with effective self-control skills. Inmates in the

program are assigned to approximately 15 hours of treatment activities per week. They are

encouraged to participate in activities and programs that promote personal growth and

development outside of the SOTP such as education and vocational training. The SOTP is

divided into seven phases. Phase I orients the inmate to the SOTP, introduces him to

treatment concepts, and begins the process of psychosexual evaluation, which includes

phallometric assessment (i.e., penile plethysmography) and polygraph examination. Phase II

involves treatment planning, assignment to therapy groups, and psychoeducational

programming. In Phase II through VI, the inmate participates in group therapy and

psychoeducation focusing on 1) Victim Impact Awareness, 2) Criminal Thinking and

Cognitive Distortions, 3) Communication Skills and Conflict Resolution, 4) Emotional Self-

Regulation, 5) Management of Deviant Sexual Arousal, 6) Relationship and Intimacy Skills,

2

7) Victim Empathy Enhancement, and 8) Relapse Prevention. Phase VII involves Community Reintegration and Release planning.

Overview of the population of sex offenders in the SOTP

The population of inmates in the SOTP is not representative of the entire population of sex offenders in the BOP. It represents a unique group of offenders with the following general characteristics: 1) they have volunteered to participate in treatment and accept some degree of responsibility for their crimes; 2) speak English; 3) are not severely mentally ill; 4) do not have detainers or pending charges that would affect their release to the community; and 5) do not have a history of negative institutional adjustment. The vast majority of the inmates in the SOTP are highly educated, and have marketable job skills. These characteristics, and their willingness to volunteer for treatment are not typical of all sex offenders in the BOP.

Since its inception in 1990, the SOTP has treated several hundred child pornography offenders. The vast majority of sex offenders in the SOTP are individuals convicted of Possession, Receipt, Distribution, and Transportation of Child Pornography. The most common medium of receipt and distribution among inmates in the SOTP is the Internet.

Over the course of my ten years of clinical work with federally convicted sex offenders in the SOTP, I have observed that in the course of treatment many child pornography offenders admit to unreported sexual crimes, many of which include multiple sexual contacts with the victims. I believed it was important to record this information and share it with treatment professionals as well as researchers in this area of practice, to spark the interest of the scientific and treatment communities to study this emerging population of sex offenders.

3

and research among the scientific, professional, and law enforcement community.

## Effectiveness of sex offender treatment

With respect to treatment outcome, the BOP has been studying the effectiveness of the SOTP. The results of this research are not available at this time. This is a long-term endeavor that will take several years to complete. However, while the effectiveness of the SOTP at FCI Butner remains to be proven, there is a growing body of scientific literature suggesting that treatment is effective in reducing the risk of recidivism. It appears that cognitive-behavioral and psychopharmacological treatments have the strongest effect. The SOTP employs these methodologies.

## Closing

The state of knowledge with respect to Internet child pornography offenders is in its infancy. My observations of the 217 offenders described above who participated in the SOTP indicate that these Internet child pornographers are far more dangerous to society than we previously thought. But, I caution the law enforcement community and others against generalizing beyond the offenders who were the subjects of my treatment interviews. I urge the professional and scientific community to attend to this understudied group of offenders.

Chairman Whitfield, this concludes my formal statement. I would be pleased to answer any questions you or other Members of the Subcommittee may have.