IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 07-085 (RMU) |
| ) | |
| AUBREY SHEPARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, Aubrey Shepard, through counsel, respectfully submits this unopposed motion to continue the sentencing in this matter. The sentencing is currently scheduled for **September 17, 2007**. The defense seeks to continue the sentencing until the week of **October 8, 2007**.

In support of this Motion, undersigned counsel respectfully submits as follows:

1. Mr. Shepard is currently scheduled for sentencing on **September 17, 2007**.

2. Undersigned counsel is scheduled to pick a jury for a complex bankruptcy fraud trial before the Honorable Paul L. Friedman on September 14, 2007. Trial is scheduled to begin on September 18, 2007. This trial was originally scheduled for two alternative dates, with the second date beginning in October. Counsel was only recently informed that the Court had selected the September date for trial.

3. Defense counsel is accordingly requesting that the sentencing be moved until after his trial is complete. Counsel have conferred and the week of October 8, 2007 is a good week for the parties. Counsel notes that October 8th itself is a federal holiday.

4. The government, through AUSA Pat Stewart, does not oppose this motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ex. 134

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 07-085 (RMU) |
| ) | |
| **AUBREY SHEPARD,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon the unopposed motion of Defendant Aubrey Shepard to continue the sentencing, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that the sentencing is now scheduled for

_____, 2007 at _____ am/pm.

**SO ORDERED.**

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE