UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 07-0085 (RMU) |
| : | |
| AUBREY LYNN SHEPARD, : | |
| : | |
| Defendant. : | |

**ORDER**

It is this 10th day of September 2007,

**ORDERED** that the defendant's unopposed motion to continue sentencing is **GRANTED**; and it is

**FURTHER ORDERED** that the sentencing in the above-captioned case scheduled for Monday, September 17, 2007 is hereby **VACATED** and **RESCHEDULED** for Thursday, October 11, 2007 at 2:00 pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

FILED
SEP 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT