IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                           )<br>)<br>AUBREY SHEPARD,                    )<br>)<br>Defendant.                     )<br>_____) | Cr. No. 07-085 (RMU) |

**DEFENDANT'S EMERGENCY UNOPPOSED
MOTION TO CONTINUE SENTENCING**

Defendant, Aubrey Shepard, through counsel, respectfully submits this unopposed motion to continue the sentencing in this matter. The sentencing is currently scheduled for tomorrow **October 11, 2007**. The defense seeks to continue the sentencing until **October 15, 2007** or thereafter.

In support of this Motion, undersigned counsel respectfully submits as follows:

1. Mr. Shepard is currently scheduled for sentencing on **October 11, 2007**.

2. Undersigned counsel is unexpectedly still in trial before Judge Friedman in United States v. Naegele, 05-151. The trial has gone longer than originally predicted.

3. Defense counsel is accordingly requesting that the sentencing be moved until after his trial is complete. Counsel have conferred and October 15, 16 (before 3pm), 18, or 19, 2007 are suitable dates for counsel.

4. The government, through AUSA Pat Stewart, does not oppose this motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.                            ) | Cr. No. 07-085 (RMU) |
| ) | |
| **AUBREY SHEPARD,**             ) | |
| ) | |
| **Defendant.**                  ) | |
| _____) | |

### ORDER

Upon the unopposed emergency motion of Defendant Aubrey Shepard to continue the sentencing, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that the sentencing is now scheduled for

_____, 2007 at _____ am/pm.

**SO ORDERED.**

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE