UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 07-0085 (RMU) |
| | : | |
| AUBREY LYNN SHEPARD, | : | |
| | : | **FILED** |
| Defendant. | : | |

**ORDER**

FILED
OCT 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 10th day of October, 2007,

**ORDERED** that the sentencing in the above-captioned case scheduled for Thursday, October 11, 2007 is hereby **VACATED** and **RESCHEDULED** for Thursday, October 18, 2007 at 11:00 am.[1]

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

---

[1] The court strongly disapproves of counsel seeking a continuance one day before the scheduled sentencing and will address this matter further when counsel appears before the court.