UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

vs.                              :   Criminal No. 07-0085 (RMU)

AUBREY LYNN SHEPARD,             :

## NOTICE OF APPEAL

**FILED**
**OCT 29 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Name and address of appellant:**  Aubrey L. Shepard
DCDC 314-184
CTF
1901 E Street, SE
Washington, DC  20003

**Name and address of appellant's attorney:**  Neil Jaffee, Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense: 18:2252(a)(1) and 18:2422(b)**

**Concise statement of judgment or order, giving date, and any sentence:** 10/18/07 - Counts 1 - sentenced to 240 months incarceration; Count 2 - sentenced to a term of 360 months incarceration to be served concurrently; Life Term of Supervised Release; special assessment for both counts total of $200.00; fine for both counts total of $2,000.00

**Name of institution where now confined, if not on bail:** Central Treatment Facility
Washington, DC 20003

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

___10/29/07___
DATE

CJA, NO FEE __FPD__
PAID USDC FEE _____
PAID USCA FEE _____

___Aubrey Lynn Shepard___
APPELLANT

_____
ATTORNEY FOR APPELLANT

Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes